UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, *et al.*,<br><br>Defendants. | No. 17-CV-6980<br><br>Hon. Joseph F. Bianco |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**

Upon the accompanying Memorandum, dated March 23, 2018, with exhibits, and upon all papers and proceedings previously had herein, defendants The Dow Chemical Company, Ferro Corporation, Vulcan Materials Company, Procter & Gamble Company, and Shell Oil Company, individually and doing business as Shell Chemical LP ("Defendants"), will jointly move the Court, Hon. Joseph F. Bianco, United States District Judge, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York, on June 6, 2018 at 4:00 p.m. (Dkt. 58), or on any adjourned oral argument date set by the Court, for an Order: (1) pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint in its entirety, with prejudice, and without leave to replead; and (2) granting Defendants such other and further relief as the Court deems proper.

Pursuant to the schedule the Court set at the pre-motion conference (Dkt. 58), Plaintiff's opposition papers must be filed by April 23, 2018, and Defendants' reply papers must be filed by May 11, 2018.

Dated: March 23, 2018

Respectfully submitted,

/s/ *Kevin T. Van Wart*

Stephen C. Dillard (*pro hac*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
steve.dillard@nortonrosefulbright.com

Felice B. Galant
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY  1019
Phone: (212) 318-3000
felice.galant@nortonrosefulbright.com

*Counsel for Vulcan Materials Company*

Kevin T. Van Wart, P.C. (*pro hac*)
Nader R. Boulos, P.C. (*pro hac*)
Sopan Joshi  (*pro hac*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
kevin.vanwart@kirkland.com
nader.boulos@kirkland.com
sopan.joshi@kirkland.com

Joel A. Blanchet
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-8400
jblanchet@phillipslytle.com

*Counsel for The Dow Chemical Company*

Megan R. Brillault
Daniel M. Krainin
Paula J. Schauwecker
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, New York 10022-5802
T: (212) 702-5400
mbrillault@bdlaw.com
dkrainin@bdlaw.com
pschauwecker@bdlaw.com

*Attorneys for Shell Oil Company, individually and doing business as Shell Chemical LP*

Diane P. Sullivan
David J. Lender
Jed P. Winer
Rachel Farnsworth
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Diane.Sullivan@weil.com
David.Lender@weil.com
Jed.Winer@weil.com
Rachel.Farnsworth@weil.com

*Attorneys for The Procter & Gamble Company*

Robb W. Patryk
Faranak Sharon Tabatabai Asl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
robb.patryk@hugheshubbard.com
fara.tabatabai@hugheshubbard.com
*Counsel for Ferro Corporation*