# Exhibit D

# Construction of an AOP System at SCWA

Joseph Roccaro
Water Quality Engineer
Suffolk County Water Authority
April 26, 2017

# Outline

- Why AOP?
- AOP Fundamentals
- SCWA 2011 AOP Pilot Study
- Permitting / Construction a Full-Scale AOP System

# Why AOP?
# Contaminant Breakthrough in GAC



# Why AOP?
## Treatability Table – Selected GW Contaminants

| Contaminant | Freundlich K | Henry's H* | Log $K_{ow}$ |
|---|---|---|---|
| aldicarb | 8.27 | -- | 1.13 |
| tetrachloroethylene | 7.5 | 0.361 | 3.4 |
| trichloroethylene | 2.6 | 0.23 | 2.42 |
| 1,2,3-trichloropropane | 2.5 | 0.005 | 2.27 |
| carbon tetrachloride | 0.57 | 0.56 | 2.83 |
| 1,2-dichloropropane | 0.4 | 0.0538 | 1.98 |
| Cis-1,2-DCE | 0.212 | | 1.86 |
| 1,2-dichloroethane | 0.129 | 0.0257 | 1.48 |
| 1,1-dichloroethane | 0.0646 | 0.115 | 1.79 |
| 1,1,1-trichlorethane | | | 2.49 |
| 1,4-dioxane | | 0.0002 | 0.27 |
| dichloromethane | 0.0034 | 0.0616 | |



1,4-Dioxane

# Advanced Oxidation Process (AOP)

- UV light systems:  commonly  used for DW disinfection

- UV AOP:

  $$UV + oxidant \rightarrow \bullet OH$$

  highly reactive •OH radical formed.

- Common oxidants: $H_2O_2$; $O_3$; $Cl_2$

- Effective for oxidation of many organic contaminants

- Most common AOP uses:
  - indirect potable reuse
  - GW remediation

- Process transforms, does not remove.



# Oxidant Potentials – Common Oxidants

| Oxidant | Oxidation Potential (eV) |
|---|---|
| •OH | 2.80 |
| $O_3$ | 2.07 |
| $H_2O_2$ | 1.77 |
| Hydroperoxyl Radicals | 1.70 |
| Permanganate | 1.67 |
| Chlorine Dioxide | 1.50 |
| Chlorine | 1.36 |
| $O_2$ | 1.23 |

# Unique AOP Terms

- <u>Transmissivity</u>
  - Ability of light to penetrate through water

- <u>Scavenging</u>
  - •OH reacts with many background contaminants
    - ➢ NOM, DOC, alkalinity, chloride, sulfate and nitrate.
  - Inhibits destruction of target contaminants

- <u>Quenching</u>
  - Conversion from oxidant → •OH << 100%
  - Residual oxidant ($H_2O_2$; $Cl_2$; $O_3$) persists in AOP Effluent
    - ➢ Can get >75% carry-over of $H_2O_2$
  - Full-scale AOP - Quench excess $H_2O_2$ with $Cl_2$ or GAC

# Types of AOP Systems

- Different reacting systems; all generate •OH
  - $H_2O_2$ / UV
  - $O_3$ / UV
  - $O_3$ / $H_2O_2$
  - $TiO_2$ / hv / $O_2$ (photocatalytic)
  - $H_2O_2$ / Fe (Fenton)

# SCWA – 2011 AOP Pilot Study

- Objective - Evaluate effectiveness of UV AOP for destruction of GW contaminants
- Study conducted @ SCWA pump station
  - Contaminants: 1,4-dioxane; 1,1-DCA, 1,1-DCE, TCE
  - Existing GAC Adsorbers:
    - Calgon Model 10 – 40K lb. 8x30 bituminous GAC

# 2011 AOP Pilot Study

- Acknowledgements
  - Scott Meyerdierks - SCWA
  - Ben Stanford; Erik Rosenfeldt – Hazen & Sawyer
  - Alan Royce – Trojan UV

Case 2:17-cv-06980-NG-RLM Document 61-5 Filed 03/23/18 Page 12 of 42 PageID #: 365



# 2011 AOP Pilot Study - SCWA

- Trials:
  - Varied:
    - Flow rate: 20 – 200 GPM
    - UV Intensity: 0% (lamps off); 60% - 100% (lamps on)
    - Oxidant type: $H_2O_2$ and NaOCl
  - $H_2O_2$ Dose: 2 – 6 mg/L

- Determined:
  - Contaminant removal
  - By-product formation



## AOP Pilot Description

• Trojan UVPhox™ 8AL30

• 8 low-pressure high-output amalgam lamps; 2 kW

• 135 L reactor volume

•  Mixing loop

•  Calgon FloSorb® GAC w/ 165# F300 virgin bit. GAC

## **AOP Pilot Description**

• Control Panel

• Adjustable UVI

• UV Transmissivity Monitor

• 35% $H_2O_2$

• FlexFlo variable peristaltic pump



# % Removal vs. Peroxide Dose - 150 gpm



# Concept of EEO

- EEO = Electric Energy per Order
  - Energy required for 1-log destruction
  - Units = kWh/m$^3$/order

$$EE/O = \frac{\text{UV Reactor Power Draw (kW)}}{0.06 \times \text{flow rate (gpm)} \times \log (\text{Influent conc. (ppt)} / \text{Effluent conc. (ppt)})}$$

  - f(reactor efficiency)
    - WQ; reactor characteristics; contaminant; oxidant type/concentration

# EEO for 1,4-Dioxane



# Predicted Operating Cost
## (from 2011 pilot study)

- Peroxide - $0.17/KGal

- Electrical - $0.04/Kgal

- System Consumables - ?

# AOP Full-Scale System

- Objectives - SCWA:
  - Performance
  - Design / Operational Concerns
    - Process reliability
    - Ability to fit in existing treatment scheme
    - System I&C / SCADA Integration
    - Effect on downstream GAC
    - $H_2O_2$ storage / handling issues & requirements
    - Regulatory requirements
  - Cost

# AOP Full-Scale System



Design Review Phase

- SCDHS / NYSDOH Concerns
  - General Design Comments
  - System Reliability
    - On-line analyzers
    - Alarms / interlocks
    - Ability to BTW
  - Effects on GAC
  - By-Product Formation

# Current Process Flow Diagram



# Proposed Process Flow Diagram



# AOP System Location



# AOP - Accessibility




# AOP – BTW Capacity









# GAC Modifications





# GAC Modifications



# Construction of AOP System



# Construction of AOP System



# AOP Construction





# AOP Construction





# AOP Construction



2011 Pilot Study



# AOP Construction



# AOP Reactor End Cap



# Specific Regulatory Concerns

- WQ Sampling

| Parameter | AOP Inf | AOP Eff | GAC Eff |
|-----------|---------|---------|---------|
| 1,4 - Dioxane | X | X | X |
| $H_2O_2$ | | X | X |
| Aldehydes | X | X | X |
| AOC | X | X | X |
| Carboxylic Acid | X | X | X |
| VOCs | X | X | X |
| Tot. Coliform | X | X | X |

# AOP – Analytical Methods

- Peroxide Field Methods
  - Not EPA Approved
  - On-Line Analyzers
  - Test Kits - Field Verification
- UV Transmissivity



# Peroxide Field Test Methods

| Method | Trojan ECT06 | Palintest | HACH  HYP-1 |
|---|---|---|---|
| Type | Colorimetric w/ meter | Colorimetric w/ meter | Colorimetric / end point titration |
| Reagent Chemistry | DPD / Peroxidase | DPD / Potassium iodide | Ammonium molybdate / sulfite |
| Dilution required? | Yes – to < 1.0 ppm | Yes – to < 2.0 ppm | Yes – to < 2.0 ppm |
| Ease of use | Moderate | Easy / Moderate | Easy / Moderate |
| Comments | Most involved method.  Requires preparation of peroxidase solution | 1 reagent tablet | 3 reagents. Visual titration Blue ⟶ Colorless |
| | | | |

# Peroxide



- 50% Peroxide
- Oxidant Concerns
  - Design
  - Handling
  - Regulatory
  - Operational

# Start-Up / BTW Matrix

| | Peroxide Dose | | | |
|---|---|---|---|---|
| UV Intensity | 0 mg/l | 4 mg/l | 7 mg/l | 10 mg/l |
| Lamp Power 100% | | 6 | 3 | 9 |
| Lamp Power 80% | | 7 | 4 | 10 |
| Lamp Power 60% | | 8 | 5 | 11 |
| Lamp Power 0% | 1 | | 2 | |

 = By-product  sampling included

# AOP Start-Up

- SCWA – Conduct initial 30 day BTW period

- Confirm system operation

- Determine:
  - Log removal
  - By-Product formation

- Review data w/ regulators
  - Completed Works Approval



# Questions?

