# Exhibit E

Case 2:17-cv-06980-NG-RLM   Document 61-6   Filed 03/23/18   Page 2 of 24 PageID #: 397

# A G E N D A

REGULAR MEETING ON MARCH 18, 2013

5:30 P.M. AT OAKDALE, NEW YORK

PROPOSAL FOR A FULL-SCALE
ADVANCED OXIDATION PROCESS – JOSEPH ROCCARO

PUBLIC COMMENT

MINUTES FOR APPROVAL

　　1.　　Regular Meeting – February 25, 2013

CONTRACTS – EXTEND

　　3a.　Contract 6696 for sealcoat, line striping and rubberized crack filling of parking lots and driveways at various Authority properties during the one-year period beginning May 1, 2013 , with Park Line Asphalt Maintenance, Inc.

　　3b.　Contract 6701  for maintenance and installation of overhead garage doors, rollup doors; inspection and maintenance of dock levelers during the one-year period beginning May 1, 2013, with Superior Overhead Door Inc.

　　3c.　Contract 6792 for furnishing and delivery of instrumentation, electrical control products and communications equipment during the one-year period beginning April 1, 2013, with GCF Inc. (Items 2, 3, 7, 12 thru 26, 31, 35); and with USA BlueBook (Items 27, 28, 29).

　　3d.　Contract 6796  for furnishing and delivery of rigid electrical conduit, fittings and associated electrical items during the one-year period beginning April 1 2013, with Monarch Electric Co., Inc. [Group IV (A, B, C, D, E, F, K, P, Q, R, S, T), Group V (M, P)]; with Revco Lighting & Electrical Supply, Inc. [Group I, Group II, Group III, Group IV (G, H)]; with Heatrex Inc. [Group IV (I, J)]; with Aetna Electric LLC [Group IV (N,O) Group V (A, C, D, F, H, L, O, Q, R)]; with Avon Electric [Group IV (M) Group V (B, E, I, K, N)] and with Mid-Island Electrical Supply [Group IV (L) Group V (G, J)].

　　3e.　Contract 6802 for furnishing and delivery of stainless steel tapping sleeves during the one-year period beginning May 1, 2013, with PowerSeal Pipeline Products Corp.

　　3f.　Contract 6803 for furnishing and delivery of dewatering pumps and associated parts during the one-year period beginning May 1, 2013, with Barish Pump Co., Inc.

3g.   Contract 6815 for furnishing and delivery of work clothing during the one-year period beginning April 1, 2013, with Woods Mens & Boys Clothing, Inc.

CONTRACTS – AWARD/REJECT

4a.   Contract 6921 for furnishing and installation of fuel tanks at various sites.

4b.   Contract 6927 for furnishing and delivery of motor starter control panels during the one-year period beginning May 1, 2013.

4c.   Contract 6928 for furnishing and delivery of automatic blowoff control cable assemblies.

4d.   Contract 6929 for maintenance and repair of fire and burglar alarm systems, CCTV surveillance systems and card access systems during the one-year period beginning April 1, 2013.

4e.   Contract 6930 for furnishing and delivery of gate valves and butterfly valves during the one-year period beginning April 1, 2013.

4f.   Contract 6931 for tree pruning and removal at various Authority-owned sites during the one-year period beginning April 1, 2013.

4g.   Contract 6932 for maintenance of heating, ventilation and air conditioning equipment at various Authority sites during the one-year period beginning April 1, 2013.

4h.   Contract 6933 for furnishing of light duty trucks.

4i.   Contract 6934 for furnishing, delivering and installing yard piping at Bridgehampton Road well field and pump station Jericho, Town of East Hampton and Peconic Street Well Field and pump station, Lakeland, Town of Islip.

4j.   Contract 6935 for filtration system media replacement at the Tenety Avenue well field and pump station site, North Lindenhurst.

4k.   Contract 6936 for construction of a chemical treatment and control building on an existing foundation at the Elwood Road well field and pump station, East Northport, Town of Huntington.

4l.   Contract 6937 for replacement of concrete and bituminous patches, concrete curb and concrete sidewalk restoration on State, County, Town and Village highways – Group III during the one-year period beginning April 1, 2013.

4m.   Contract 6938 for painting of pump stations at various sites.

4n. <u>Contract 6939</u> for construction of a 20" x 10" diameter well (No. 2A) approximately 680 feet deep, Lafayette Road Well Field, North Babylon, Town of Babylon.

<u>GENERAL</u>

5. <u>Special Services</u>

   a) <u>RFP 1402 – Maintenance of Fire Suppression Systems</u>
   Accept the proposal of Elite Action Fire of Huntington, New York, for maintenance of fire suppression systems during the one-year period beginning April 1, 2013.

   b) <u>Additional Cost For Website Video Project</u>
   Authorize the extra costs incurred of Advisions of Northport, New York, for the Authority's production of video projects in the amount of $1,225.

6. <u>Budget</u>

   a) <u>Budgets – Fiscal Year Ending May 31, 2014</u>
   Authorize the approval of Operating & Maintenance and Construction Budgets for Fiscal Year ending May 31, 2014.

   b) <u>Budget Revision No. 6 – Year Ending May 31, 2013</u>
   Authorize an increase to Item 035 (Construction Contracts) on the capital budget for year ending May 31, 2013, in the amount of $135,000. This will increase the capital budget to $58,762,000.

7. <u>Equipment</u>

   a) <u>Maintenance Agreement – UNIX Servers</u>
   Renew the maintenance agreement with Oracle of Chicago, Illinois, covering the Sun UNIX servers in the Information Technology and Laboratory departments, for the one-year period beginning April 1, 2013, in the amount of $11,358.48 (decrease of $1,606.77).

   b) <u>Maintenance Agreement – PS4 Pressure Sealer</u>
   Renew the service agreement with Peak Technologies (Peak-Ryzex) of Columbia, Maryland, for the Moore PS4 Pressure Sealer machine in the IT department, for the one-year period beginning April 20, 2013, in the amount of $1,851.00.

   c) <u>Support Services Agreement - SCADA</u>
   Renew support services agreement for the SCADA system software, with Systems Integrated, of San Diego, California, for a one-year period beginning May 1, 2012, in the amount of $48,600 (increase of $1,200).

   d) <u>SynerGEE Hydraulic Model Software License Agreement</u>
   Renew the annual Software License Agreement for the SynerGEE Hydraulic Modeling Software supplied by GL Noble Denton at a cost of

$20,149.75, which includes a new charge of $3,054 for a subsystem Module.

8.   Property – Outside Use Of

    a)   AT&T Renewal Leases
        Approve renewal leases for A06, Sills Road, Yaphank, and A07, Knight Street, Shoreham, with a commencement date of April 1, 2014, together with an amendment of the existing Lease with a Facilities Upgrade Surcharge for a one-time fee of $5,000; and approve a renewal lease for A33, Moffitt Boulevard, Bay Shore, with a commencement date of March 30, 2013, for a term of 5 years with three 3-year renewals, together with an amendment of the existing Lease with a Facilities Upgrade Surcharge for a one-time fee of $5,000.

9.   Property

    a)   Authorize purchase of building at 190 Fifth Avenue, Bay Shore, New York.

10.  DEC Application

    a)   Browns Hill Road Well No. 5, Orient, Town of East Southold

11.  Meetings, Seminars, Training, Conferences

    a)   AWWA 2013 Annual Conference & Exposition
        Authorize the attendance of two employees (tentatively Janice Tinsley, Deputy CEO for Customer Service and Richard Reinfrank, Field Services Manager) and three employees from the Operations group, all subject to the CEO's approval, to attend the AWWA 2013 Annual Conference & Exposition in Denver, Colorado, from June 9, 2013 through June 13, 2013, at an approximate cost of $2,400 per person or $12,000 for all attendees.

    b)   CS Week Annual Conference
        Authorize the attendance of  two employees from Customer Service's management staff, (tentatively Ann Bailey, Call Center Supervisor-Collections, and Larry Anderson, Manager – Workforce Technology) to attend the CS Week Annual Conference, April 29 through May 3, 2013, in Tampa, Florida, for an approximate amount of $2,300 each; and authorize Janice Tinsley, Deputy CEO for Customer Service, to Customer Service Week Executive Summit, at an approximate cost of $2,250; for an approximate total cost of $6,850.

    c)   SHRM Annual Conference
        Authorize the attendance of Donna Mancuso, Director of Administration, to attend the SHRM Annual Conference, April 16 through April 19, 2013, in Chicago, Illinois, at an approximate cost of $3,025.

12. General

    a) <u>Participation in Project with North Carolina State University</u>
Authorize the Authority's participation in a project with North Carolina State University entitled, "Treatment Strategies for the Combined Removal of VOCs and 1, 4 Dioxane from Suffolk County Groundwater" at no cost to the Authority.

13. Insurance

    a) <u>Property</u>
Renew with Ace American Insurance Company with Willis of New York, Inc., acting as broker.

    b) <u>General Liability, Auto and Umbrella</u>
Renew with U.S. Specialty Insurance Company.  Recommend a broker change from Marsh to Wells Fargo.

    c) <u>Third Party Claims Administration Services</u>
Renew with Network Adjusters.

    d) <u>Directors & Officers Liability</u>
Renew with Aon Risk Services/Chartis.

    e) <u>Workers' Compensation Insurance</u>
Purchase new with State Insurance Fund.

    f) <u>Workers' Compensation Claims Administration</u>
Renew with Lovell Safety Management Group.

    g) <u>Excess/Umbrella Liability</u>
Renew with U.S. Specialty: 1st Layer - $10,000,000 limit; renew with U.S. Fire Ins. Co.: 2nd layer - $25,000,000 limit, and renew with Travelers:  3rd Layer - $15,000,000 limit.

Enter into a broker service agreement with Wells Fargo for above coverages.

h)   Comprehensive Crime
     Renew with Aon Risk Services/Travelers.

i)   Surety – Street Opening Permit Bonds
     Renew with Aon Risk Services/Hartford.

j)   Authorize the Risk Management Department, in consultation with the CEO
     and General Counsel, to settle claims that occur between April 1, 2013
     through March 31, 2014, and fall within the self-insured policy retention or
     deductible limits.

k)   Authorize the Risk Management Department, in consultation with the CEO
     and General Counsel, to increase/decrease coverages or purchase
     additional insurance as required by the operations of the Authority.

INVOICES - To be paid from the Operating Fund:

| | | |
|---|---|---:|
| 14a. | Fidelity National Title Insurance | $342.00 |
| 14b. | Gannett Fleming Engineers, P.C. | 3,374.50 |
| 14c. | H2M Group | 12,932.50 |
| 14d. | O'Connor, O'Connor, Hintz & Deveney, LLP | 1,144.25 |
| 14e. | Putney, Twombly, Hall & Hirson LLP | 18,851.86 |
| 14e. | Robert J. Passarelli & Associates | 5,112.20 |
| 14f. | Sarisohn Law Partners, LLP | 500.00 |
| 14g. | Shearer & Dwyer LLP | 8,997.00 |

NEXT MEETING – Scheduled for Monday, April 29, 2013 at 5:30 p.m. at the Administration
Building, Oakdale.

NEW BUSINESS & PUBLIC COMMENT

EXECUTIVE SESSION

<u>Page 13,897</u>

REGULAR MEETING

SUFFOLK COUNTY WATER AUTHORITY

March 18, 2013, at 5:30 p.m.

Oakdale, New York


Present:    James F. Gaughran, Chairman
Patrick G. Halpin, Secretary
Frank J. Pellegrino, Member
Errol D. Toulon, Jr., Member
Absent:    Jane Devine

Jeffrey W. Szabo, Chief Executive Officer


The meeting was also attended by Counsel T. Hopkins and J. Milazzo; and by Messrs. Anderson, Celiberti, Cortesi, DeBlasi, Finello, Kilcommons, Kulick, Litka, Miller, Monahan, Pavacic, Reinfrank, Roccaro and Vecchio; and by Mmes. Gallagher, Lyon, Mancuso, McCreedy, Morrisroe, Randazzo, Simson, Tinsley, Trupia and Vassallo.

Robert Marcos of Local 393 and Dan Murphy, Esq. of Putney Twombly, et al were also in attendance.


Booklets containing detailed information for all Agenda items were distributed to each Member, Executive Staff and Counsel to the Authority.

Mr Szabo introduced Joseph Roccaro, Water Quality Supervisor, who presented a Power Point presentation regarding a proposal for a full-scale Advanced Oxidation Process. Mr. Roccaro discussed the advanced oxidation process, oxidant potentials, as well as common oxidants. He explained why this treatment process should be investigated and discussed the pending EPA regulations. Mr. Roccaro explained the Authority's current treatment system as well as the proposed treatment system.

Mr. Gaughran thanked Mr. Roccaro for a job well done.

At 5:55 p.m. Chairman Gaughran called the meeting to order.  He then opened the meeting for public comment.  No one wished to address the Board at this time.

Mr. Gaughran then presented the minutes of the regular meeting of February 25, 2013, for approval. On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, the minutes of the regular meeting held on February 25, 2013, were approved.

Mr. Szabo then described the information contained in the Members' packets, including regular monthly reports and a copy of the Budgets for fiscal year ending May 31, 2013.

Mr. Szabo then referred to contracts scheduled to expire shortly, and he recommended that the Authority exercise its option to extend these contracts in accordance with the letters of recommendation.  On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)	RESOLVED, To extend for a one-year period beginning May 1, 2013, Contract  6696 for sealcoat, line striping and rubberized crack filling of parking lots and driveways at various Authority properties with Park Line Asphalt Maintenance, Inc. of Brookhaven, New York, in accordance with the specifications, terms and conditions of the contract.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)	RESOLVED, To extend for a one-year period beginning May 1, 2013, Contract 6701 for maintenance and installation of overhead garage doors, rollup doors; inspection and maintenance of dock levelers with Superior Overhead Door Inc. of Selden, New York, in accordance with the specifications, terms and conditions of the contract.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)	RESOLVED, To extend for a one-year period beginning  April 1, 2013,

Page 13,899

Contract 6792 furnishing and delivery of instrumentation, electrical control products and communications equipment with GCF Inc. of Northvale, New Jersey, for Items 2, 3, 7, 12 thru 26, 31, 35; and with USA BlueBook of Waukegan, Illinois for Items 27, 28, 29, in accordance with the specifications, terms and conditions of the contract.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To extend for a one-year period beginning April 1, 2013, Contract 6796 furnishing and delivery of rigid electrical conduit, fittings and associated electrical items with Monarch Electric Co., Inc. of Ronkonkoma, New York, for Group IV (A, B, C, D, E, F, K, P, Q, R, S, T), Group V (M, P) with Revco Lighting & Electrical Supply, Inc. of Riverhead, New York, for Group I, Group II, Group III, Group IV (G, H); with Heatrex Inc. of Meadville, Pennsylvania, for Group IV (I, J); with Aetna Electric LLC of Garden City Park, New York, for Group IV (N,O), Group V (A, C, D, F, H, L, O, Q, R); with Avon Electric of Hauppauge, New York, for Group IV (M), Group V (B, E, I, K, N) and with Mid-Island Electrical Supply of Commack, New York, for Group IV (L) and Group V (G, J), in accordance with the specifications, terms and conditions of the contract.

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)        RESOLVED, To extend for a one-year period beginning May 1, 2013, Contract 6802 for furnishing and delivery of stainless steel tapping sleeves with PowerSeal Pipeline Products Corp. of Wichita Falls, Texas, in accordance with the specifications, terms and conditions of the contract.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)        RESOLVED, To extend for a one-year period beginning May 1, 2013, Contract 6803 furnishing and delivery of dewatering pumps and associated parts with Barish Pump Co., Inc. of Farmingdale, New York, in accordance with the specifications, terms and conditions of the contract.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To extend for a one-year period beginning April 1, 2013, Contract 6815 furnishing and delivery of work clothing with Woods Mens & Boys Clothing, Inc. of Brentwood, New York, in accordance with the specifications, terms and conditions of the contract.

<u>Page 13,900</u>

Mr. Szabo then reviewed Contracts 6921, 6927 through 6939, and he recommended that these contracts be awarded/rejected in accordance with the letters of recommendation.  On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)      RESOLVED, To reject all bids for Contract 6921 for furnishing and installation of fuel tanks at various Authority sites.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)      RESOLVED, That the bid for Contract 6927 to furnish and deliver motor starter control panels during the one-year period beginning May 1, 2013, submitted by GCF, Inc. of Northvale, New Jersey, be rejected as non-responsive as they failed to provide the required bid security; and be it

FURTHER RESOLVED, That the lowest responsive bid for Item 1 under Contact 6927 submitted by Lexington Technologies, Inc. of Farmingdale, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, and totaling Eight Thousand Eight Hundred Fifty-eight Dollars ($8,858), be and hereby is accepted; be it

FURTHER RESOLVED, That the lowest responsive bid for Items 2, 3 and 4 under Contact 6927 submitted by Danko Control Sytems, Inc. of West Babylon, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, and totaling One Hundred Three Thousand Dollars ($103,000), be and hereby is accepted; be it

FURTHER RESOLVED, That the low bid for Item 5 under Contact 6927 submitted by Smith Control Systems, Inc. of Hudson, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, and totaling Twenty-three Thousand Five Hundred Fifty-four Dollars ($23,554), be and hereby is accepted; be it

FURTHER RESOLVED, That any Member and/or the Chief Executive Officer be and hereby is authorized to execute these contracts on behalf of the Authority.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)      RESOLVED, That the low bid under Contract 6928 for furnishing and delivery of automatic blow-off control cable assemblies, submitted by Kelly & Hayes Electrical Supply of LI, Inc. of Nesconset, New York, on estimated quantities indicated in the contract documents, totaling Twenty Thousand Seven Hundred Fifty Dollars

<u>Page 13,901</u>

($20,750), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)      RESOLVED, To reject all bids received under Contract 6929 for maintenance and repair of fire and burglar alarm systems, CCTV surveillance systems and card access systems during the one-year period beginning April 1, 2013, specifications will be revised and Contract will be rebid.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)      RESOLVED, That the low bid for Items 1 – 6 (gate valves) under Contract 6930 for furnishing and delivery of gate valves and butterfly valves during the one-year period beginning April 1, 2013, submitted by Water Technology Resources of Bloomington, Minnesota, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling Three Hundred Eighty-seven Thousand Eight Hundred Ninety Dollars ($387,890), be and hereby is accepted; and be it

FURTHER RESOLVED, That the low bid for Items 7, 8 and 9 (butterfly valves) under Contract 6930, submitted by Mueller Company of Decatur, Illionois, on the same basis and totaling Three Thousand One Hundred Twenty-six Dollars ($3,126), be and hereby is accepted; and be it

FURTHER RESOLVED, That the low bid for Items 10 and 11 under Contract 6930 submitted by T. Mina Supply, Inc. of Holtsville, New York, on the same basis and totaling Eight Thousand One Hundred Seventy-six and 48/100 Dollars ($8,176.48), be and hereby is accepted; and be it

FURTHER RESOLVED, That any Member and/or the Chief Executive Officer be and hereby is authorized to execute these contracts on behalf of the Authority.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)      RESOLVED, That the low bid under Contract 6931 for tree pruning and removal at various Authority owned sites during the one-year period beginning April 1, 2013, submitted by Looks Great Services, Inc. of Huntington, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling One Hundred Sixteen Thousand Dollars ($116,000), be and hereby is accepted; and that any Member and/or the Chief

Page 13,902

Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)   RESOLVED, That the low bid under Contract 6932 for maintenance of heating, ventilation and air conditioning equipment at various Authority sites during the one-year period beginning April 1, 2013, submitted by East Coast Mechanical Services, Inc. of Manorville, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling Ninety-three Thousand Eight Hundred Ninety-nine Dollars ($93,899), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)   RESOLVED, That the bid for Contract 6933 for furnishing of light duty trucks, submitted by Newins Bay Shore Ford of Bay Shore, New York, be rejected as non-responsive; and be it

FURTHER RESOLVED, That the lowest responsive bid for Contract 6933 submitted by Albany Dodge d/b/a Destination Nissan of Albany, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, and totaling One Hundred One Thousand Nine Hundred Ninety-four Dollars ($101,994), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)   RESOLVED, That the low bid for Project 1 (Bridgehampton Road) under Contract 6934 to furnish, deliver and install yard piping, submitted by Bancker Construction Corp. of Islandia, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling One Hundred Twenty-two Thousand Eight Hundred Twenty Dollars ($122,820), be and hereby is accepted; and be it

FURTHER RESOLVED, That the low bid for Project 2 (Peconic Street) under Contact 6934, submitted by Roy Wanser, Inc. of Bohemia, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, and totaling Sixty-nine Thousand Four Hundred Eighty-three Dollars ($69,483), be and hereby is accepted; and be it

FURTHER RESOLVED, That any Member and/or the Chief Executive Officer be and hereby is authorized to execute these contracts on behalf of the Authority.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)      RESOLVED, That the bid for Contract 6935 filtration system media replacement at the Tenety Avenue well field and pump station site, North Lindenhurst, submitted by Carbon Filtration Systems of Johnston, Rhode Island, be rejected as non-responsive; and be it

FURTHER RESOLVED, That the lowest responsive bid for Contact 6935 submitted by Bensin Contracting, Inc. of Holtsville, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, and totaling Ninety-four Thousand Five Hundred Dollars ($94,500), be and hereby is accepted; and be it

FURTHER RESOLVED, That any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)      RESOLVED, That the low bid under Contract 6936 for construction of a chemical treatment and control building on an existing foundation at the Elwood Road well field and pump station, East Northport, Town of Huntington, submitted by Pioneer Construction Company of Northport, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling One Hundred Eighty-nine Thousand Dollars ($189,000), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)      RESOLVED, That the low bid under Contract 6937 for replacement of concrete and bituminous patches, concrete curb and concrete sidewalk restoration on State, County, Town and Village highways – Group III, during the one-year period beginning April 1, 2013, submitted by Lunati Paving & Construction, Inc. of Bay Shore, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling Six Hundred Twenty-one Thousand Six Hundred Dollars ($621,600), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

March 18, 2013

<u>Page 13,904</u>

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)        RESOLVED, That the low bid under Contract 6938 for painting of pump stations at the Authority's various sites, submitted by A&M Painting of Manorville, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling One Hundred Thirty-eight Thousand Dollars ($138,000), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)        RESOLVED, That the low bid under Contract 6939 for construction of a 20" x 10" diameter well (No. 2A) approximately 680 feet deep, Lafayette Road well field, North Babylon, Town of Babylon, submitted by R&L Well Drilling, LLC of Islip, New York, on a unit-price basis as stipulated in the bidder's proposal and calculated on estimated quantities indicated in the contract documents, totaling Three Hundred One Thousand Four Hundred Dollars ($301,400), be and hereby is accepted; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this contract on behalf of the Authority.

Mr. Szabo referred to several requests regarding special service agreements.  After further explanation of details, and on motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To accept the quote received in response to the Authority's Request for Proposals No. 1402 of Elite Action Fire Extinguishing of Huntington Station, New York, for maintenance of fire suppression systems during the one-year period beginning April 1, 2013 in the amount of Five Thousand One Hundred Fifty-eight Dollars ($5,158), and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this agreement on behalf of the Authority.

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)        RESOLVED, To authorize the extra costs under RFP 1395 incurred by Advisions of Northport, New York, for the Authority's production of video projects in the

Page 13,905

amount of One Thousand Two Hundred Twenty-five Dollars ($1,225).

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)        RESOLVED, To authorize the CEO to award the RFP for furnishing and installing a fuel tank system upon receipt and review of the RFP.

Mr. Szabo referred to the budgets for year ending May 31, 2014.  After further explanation of details, and on motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)        RESOLVED, That the Operating and Maintenance and the Construction budgets for fiscal year ending May 31, 2014, be and hereby are approved; and that copies be forwarded to all agencies as required by law.

Mr. Szabo referred to a memorandum from Larry Kulick, Chief Financial Officer, requesting a budget revision.  After further explanation of details, and on motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)        RESOLVED, To authorize an increase to Item 035 (Construction Contracts) in the capital budget for year ending May 31, 2013, in the amount of One Hundred Thirty-five Thousand Dollars ($135,000); this will increase the capital budget to Fifty-eight Million Seven Hundred Sixty-two Thousand Dollars ($58,762,000).

The Members then referred to several requests regarding equipment.  After further explanation of details, and on motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To renew the maintenance agreement with Oracle of Chicago, Illinois, covering the Sun UNIX servers in the Information Technology and Laboratory departments, for the one-year period beginning April 1, 2013,   in the amount of Eleven Thousand Three Hundred Fifty-eight and 48/100 ($11,358.48); and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this agreement on behalf of the Authority.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)        RESOLVED, To renew the service agreement with Peak Technologies (Peak-Ryzex) of Columbia, Maryland, for the Moore PS4 Pressure Sealer machine in the IT department, for the one-year period beginning April 20, 2013, in the amount of One Thousand Eight Hundred Fifty-one ($1,851); and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this agreement on behalf of the Authority.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)        RESOLVED, To renew support services agreement for the SCADA system software, with Systems Integrated, of San Diego, California, for a one-year period beginning May 1, 2012, in the amount of Forty-eight Thousand Six Hundred Dollars ($48,600); and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this agreement on behalf of the Authority.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To renew the annual Software License Agreement for the SynerGEE Hydraulic Modeling Software supplied by GL Noble Denton of Mechanicburg, Pennsylvania, at a cost of Twenty Thousand One Hundred Forty-nine and 75/100 ($20,149.75) which includes a new charge of Three Thousand Fifty-four Dollars ($3,054) for a subsystem Module; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this agreement on behalf of the Authority.

Mr. Szabo then reviewed several requests regarding property. On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and carried with one abstention by Mr. Halpin, it was

(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)        RESOLVED, To approve renewal of leases with AT&T for cellular installations at Sills Road, Yaphank, and Knight Street, Shoreham, with a commencement date of April 1, 2014,  for a standard term of 15 years, together with an amendment of the existing lease with a Facilities Upgrade Surcharge for a one-time fee of Five Thousand Dollars ($5,000); and be it

FURTHER RESOLVED, To approve a renewal lease for  Moffitt Boulevard, Bay Shore, with a commencement date of March 30, 2013, for a term of 5 years with three 3-year renewals, together with an amendment of the existing Lease with a Facilities Upgrade Surcharge for a one-time fee of Five Thousand Dollars ($5,000); and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute these agreements on behalf of the Authority.

<u>Page 13,907</u>

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To authorize purchase of 8,494 square feet of property at 190  Fifth Avenue, Bay Shore, New York, at a purchase price of One Hundred Thirty Thousand Dollars ($130,000); and that the Chief Executive Officer be and hereby is authorized to execute any and all documents to effect this purchase.

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)        RESOLVED, To authorize entering into an agreement with the Village of Shoreham for the installation of two drainage pools within the Village's right-of-way; for the installation of a well on Tower Hill Road, Village of Shoreham will connect these pools to their existing storm water system and assume ownership; and that any Member and/or the Chief Executive Officer be and hereby is authorized to execute this agreement on behalf of the Authority.

The Members reviewed a resolution to be included in applications to the New York State Department of Environmental Conservation.  On motion made by Dr. Toulon, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To construct Well No. 5 at the Authority-owned Browns Hill Road Well Field, .248-acre site, located 355.44' north of Main Road (S.R. 25), Orient, Town of Southold; to equip the well with one (1) electrically-driven, deep well turbine pump, motor, piping, electrical controls and miscellaneous appurtenances; and be it

FURTHER RESOLVED, That application be made to the Department of Environmental Conservation of the State of New York and that said application may be executed by any Member of the Authority, its Chief Executive Officer, or its Chief Engineer.

Mr. Szabo then reviewed requests regarding meetings, training and conferences.  After further explanation of details on each, and on motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)        RESOLVED, To authorize the attendance of two employees (tentatively Janice Tinsley, Deputy CEO for Customer Service and Richard Reinfrank, Field Services Manager) and two employees from the Operations group, all subject to the CEO's approval, to attend the AWWA 2013 Annual Conference & Exposition in Denver,

March 18, 2013

<u>Page 13,908</u>

Colorado, from June 9, 2013 through June 13, 2013, at an approximate cost of Two Thousand Four Hundred Dollars ($2,400) per person or Nine Thousand Six Hundred Dollars ($9,600) for all attendees.

On motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)   RESOLVED, To authorize the attendance of  two employees from Customer Service's management staff, (tentatively Ann Bailey, Call Center Supervisor-Collections, and Larry Anderson, Manager – Workforce Technology) to attend the CS Week Annual Conference, April 29 through May 3, 2013, in Tampa, Florida, for an approximate amount of Two Thousand Three Hundred Dollars ($2,300) each; and authorize Janice Tinsley, Deputy CEO for Customer Service, to Customer Service Week Executive Summit, at an approximate cost of Two Thousand Two Hundred Fifty Dollars ($2,250); for an approximate total cost of Six Thousand Eight Hundred Fifty Dollars ($6,850).

On motion made by Mr. Pellegrino, duly seconded by Dr. Toulon, and unanimously carried, it was

(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)   RESOLVED, To authorize the attendance of Donna Mancuso, Director of Administration, to attend the SHRM Annual Conference, June 16 through June 19, 2013, in Chicago, Illinois, at an approximate cost of Three Thousand Twenty-five Dollars ($3,025).

The Members reviewed a request from Joseph Roccaro, Water Quality Engineer, to participate in a research project with North Carolina State University. After further explanation, and on motion made by Dr. Toulon, duly seconded by Mr. Halpin, and unanimously carried, it was

(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)   RESOLVED, To authorize the Authority's participation in a project with North Carolina State University entitled, "Treatment Strategies for the Combined Removal of VOCs and 1, 4 Dioxane from Suffolk County Groundwater" at no cost to the Authority.

Mr. Szabo then asked Mr. Finello, Director of Risk Management and Employee Development to summarize the insurance coverage for the one-year period beginning April 1, 2013. Mr. Finello stated that insurance coverage costs have risen this year.  He indicated that the availability of property insurance is very limited, in part due to Super Storm Sandy and other past storms.   He further explained that Worker's Compensation premiums have risen over the past year.  New York State benefit rates

<u>Page 13,909</u>

have doubled since 2007 and health care costs continue to rise, resulting in higher premiums.  After several questions, and on motion made by Mr. Halpin, duly seconded by Mr. Pellegrino, it was

(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)       RESOLVED, To renew with Ace American Insurance Company for the Authority's property policy at a premium of One Hundred Eighty-nine Thousand Six Hundred Thirty-six Dollars ($189,636) to issue a property insurance policy providing coverage for:

> <u>Property Coverage:</u>
> Real (Including Building and Contents)
> Includes Boiler and Machinery Coverage
> Valuable Papers
> Accounts Receivable
> Contractor's Equipment
> Data Processing Equipment
> Communication Equipment
> Property in Transit
> Newly Acquired Locations
> Unscheduled Locations
> Flood
> Earthquake
>
> <u>Inland Marine Policy</u>
> Vehicle Catastrophic Comprehensive Coverage

and be it

FURTHER RESOLVED, That Willis Holdings Group, of New York, New York, acting as the insurance broker, will receive a fee of Nineteen Thousand ($19,000) for providing the above coverage; and be it

FURTHER RESOLVED, To renew with U.S. Specialty Insurance Company for a one-year period beginning April 1, 2013, the Authority's general liability, auto, OCP's and first layer excess liability ($10 million limit) policies at a premium of One Hundred Ninety-seven Thousand Eight Hundred Twenty Six Dollars ($197,826); and be it

FURTHER RESOLVED, To renew with U.S. Fire Insurance Company for a one-year period beginning April 1, 2013, the Authority's second layer excess liability policy ($25 million limit) at an estimated premium (actual premium not yet received from U.S. Fire as of the time of this meeting) of Sixty-Seven Thousand Two Hundred Eight Dollars ($67,208); and be it

<u>Page 13,910</u>

FURTHER RESOLVED, To renew with Travelers Insurance Company for a one-year period beginning April 1, 2013, the third layer excess liability policy ($15 million limit) at an estimated premium (actual premium not yet received from Travelers as of the time of this meeting) of Thirty-Two Thousand Five Hundred Fifty Dollars ($32,550); and be it

FURTHER RESOLVED, To authorize the CEO to approve the final purchase price of the second and third layer excess liability policies; finalized premiums were not available at the time of the meeting; and be it

FURTHER RESOLVED, That Wells Fargo Insurance Services, USA, Inc. located at 330 Madison Ave 7th Floor New York, NY 10017, be authorized for the one-year period beginning April 1, 2013, to act as the Authority's insurance broker at a fee of Twenty-Five Thousand Dollars ($25,000), by obtaining and servicing the following policies:

General Liability:
General Liability – Self-Insured Retention Policy SIR $500,000
Products/Completed Operations
Personal & Advertising Injury
Employee Benefits Liability
Business Auto Liability:
Bodily Injury and Property Damage – Self-Insured Retention Policy SIR $500,000
Personal Injury Protection
Uninsured Motorists
Underinsured Motorists
Excess Liability:
$50 Million Dollar Limit to follow form over G/L and Auto with some restrictions

and be it

FURTHER RESOLVED, That Well Fargo, acting as the Authority's insurance broker will receive a fee in the amount of Twenty-five Thousand Dollars ($25,000) for providing the above coverage; and be it

FURTHER RESOLVED, To renew with Network Adjusters, Inc., located at 850 Fulton Street, Farmingdale, New York, to act as claims administrators for all general liability and auto claims received during the contract period, a one-year period beginning April 1, 2013, at an estimated premium of Twenty-Five Thousand Dollars ($25,000), actual premium determined by number of claims and the rate schedule included in Network's proposal letter dated March 8, 2013; and be it

FURTHER RESOLVED, To renew with Chartis (AIG) Insurance Company, for a one-year period beginning April 1, 2013, the Authority's directors and officers liability

March 18, 2013

policy at a premium of Forty-one Thousand Five Hundred Fifty-two Dollars ($41,552); and be it

FURTHER RESOLVED, To renew with Aon Risk Services located at 55 East 52nd Street, New York, New York, for a one-year period beginning April 1, 2013, to act as the Authority's insurance broker by obtaining and servicing the following policies:

Director's & Officer's Liability–Not for Profit Risk Protector Insurance Policy Form including Employment Practices:
Includes Wrongful Termination by the Authority
$5,000,000 Limit
$50,000 Corporate Reimbursement Deductible
$0 Deductible Each Director
Definition of Insured includes all employees and the Authority
Commercial Crime:
Employee Dishonesty Coverage
Loss Inside and Outside the Premises
Money Order and Counterfeit Currency
Depositors Forgery
Wire Transfer Coverage

and be it

FURTHER RESOLVED, That Aon Risk Services acting as the Authority's servicing agent will be compensated through commissions received from the insurers; and be it

FURTHER RESOLVED, To purchase the Authority's Workers Compensation insurance from the State Insurance Fund at a premium (subject to audit) of Two Million Forty-three Thousand One Hundred Eighty-six Dollars ($2,043,186); and be it

FURTHER RESOLVED, That Lovell Safety Management Co. LLC of 110 William Street, 12th Floor, New York, NY, acting as the Authority's insurance representative during the one-year period beginning April 1, 2013, will receive a fee in the amount of Fifty Thousand Dollars ($50,000) for providing services as described in Mr. Finello's memo dated March 18, 2013; and be it

FURTHER RESOLVED, To renew with Aon Risk Services located at 55 East 52nd Street, New York, New York, for a one-year period beginning April 1, 2013, to act as the Authority's insurance broker by obtaining and servicing the Authority's Surety – Street Opening Permit bonds; and be it

FURTHER RESOLVED, That Aon Risk Services be authorized to purchase street opening permit bonds, as required during the year, for certain municipalities to guarantee work performed under street opening permits, which policies may expire or require adjustments in the amount of coverage during the twelve-month period; and be it

<u>Page 13,912</u>

FURTHER RESOLVED, To authorize the Risk Management Department, in consultation with the CEO and General Counsel, to settle claims that occur between April 1, 2013 through March 31, 2014, and fall within the self-insured policy retention or deductible limits; and be it

FURTHER RESOLVED, To authorize the Risk Management Department, in consultation with the CEO and General Counsel, to increase/decrease coverages or purchase additional insurance as required by the operations of the Authority.

Mr. Szabo reviewed the original invoices to be paid from the Operating Fund, and on motion made by Dr. Toulon, duly seconded by Mr. Pellegrino, and unanimously carried, it was

(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)      RESOLVED, That the following invoices be paid from the Operating Fund:

| | |
|---|---|
| Fidelity National Title Insurance | $342.00 |
| Gannett Fleming Engineers, P.C. | 3,374.50 |
| H2M Group | 12,932.50 |
| O'Connor, O'Connor, Hintz & Deveney, LLP | 1,144.25 |
| Putney, Twombly, Hall & Hirson LLP | 18,851.86 |
| Robert J. Passarelli & Associates | 5,112.20 |
| Sarisohn Law Partners, LLP | 500.00 |
| Shearer & Dwyer LLP | 8,997.00 |

<u>SEQRA REVIEW</u>

Where applicable, the foregoing resolutions, unless otherwise noted, will not have a significant adverse impact on the environment within the meaning of Section 8-0109 of the Environmental Conservation Law.

On motion made by Mr. Halpin, duly seconded by Mr. Pellegrino and unanimously carried, it was

(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)      RESOLVED, To employ Anna Woodroof of East Setauket, New York, as an intern in Sustainability, for a three-month period, at an hourly rate of Fifteen Dollars ($15.00) with employment to commence on April 2, 2013.

The Members scheduled their next regular meeting for Monday,

<u>Page 13,913</u>

April 29, 2013, beginning at 5:30 p.m. at the Administration Building in Oakdale.

     As there was no further business to be considered, on motion made by Mr. Halpin, duly seconded by Dr. Toulon, the meeting was adjourned at 7:08 p.m.

          _____
             Patrick G. Halpin, Secretary

March 18, 2013