CIVIL CAUSE FOR TELEPHONE CONFERENCE AND ORAL RULING

BEFORE JUDGE BIANCO

DATE: 12/13/18                                         TIME: 12:32 pm
CASE NUMBER: CV 17-6980

TITLE: **Suffolk County Water Authority v. The Dow Chemical Company**

FTR: 12:32-12:49

COURTROOM DEPUTY: Michele Savona

ATTORNEYS PRESENT:
Plaintiff -
   **Richard Lewis**
   **Scott Martin**
   **Tim Sloan**

Defendant -
   **Joel Blanchet**
   **Kevin VanWart**
   **Nader Boulos**
   **Robb Patryk**
   **Amana Hassan**
   **Felice Galant**
   **Stephen Dillard**
   **Daniel Krainin**
   **David Lender**

OTHER: _____

   X    CASE CALLED.

   X    CONFERENCE HELD / ADJ'D / CONT'D TO_____)

   ___   ARGUMENT HEARD / CONT'D TO_____.

   X    DECISION: For the reasons stated on the record, defendants' motion to dismiss is granted as to the private nuisance claim, but denied as to all others. Joint letter to be submitted to the Court by 1/15/19; letter response by 2/15/19.

**OTHER:**