**Phillips Lytle LLP**

March 14, 2019

| | |
|---|---|
| Hon. Sandra J. Feuerstein (ECF & US Mail) | Hon. Nina Gershon (ECF & US Mail) |
| Hon. Denis R. Hurley (ECF & US Mail) | United States District Judge |
| Hon. Joanna Seybert (ECF only) | |
| United States District Judges | Hon. Roanne L. Mann (ECF only) |
| | United States Magistrate Judge |
| Hon. Gary R. Brown (ECF only) | |
| Hon. Arlene R. Lindsay (ECF & US Mail) | Eastern District of New York |
| Hon. Anne Y. Shields (ECF only) | United States District Court |
| Hon. A. Kathleen Tomlinson (ECF only) | 225 Cadman Plaza East |
| United States Magistrate Judges | Brooklyn, New York 11201 |

Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722

Re: *Albertson Water District v. Dow Chem. Co., et al.,* No. 1:18-cv-07282-SJF-GRB
*Bd. of Comm'rs of Manhasset-Lakeville Water District v. Dow Chem. Co., et al.,* 2:19-cv-00085-SJF-ARL
*Carle Place Water District v. Dow Chem. Co., et. al.,* 2:18-cv-07279-DRH-ARL
*Garden City Park Water District v. Dow Chem. Co., et. al.,* 2:18-cv- 07277-DRH-AKT
*Jericho Water District v. Dow Chem. Co., et. al.,* 2:18-cv-07281-DRH-ARL
*Oyster Bay Water District v. Dow Chem. Co., et. al.,* 2:18-cv-07272-DRH-GRB
*Port Washington Water District v. Dow Chem. Co., et. al,* No. 2:18-cv-07266-JS-AKT
*Roslyn Water District v. Dow Chem. Co., et. al.,* 2:18-cv-07269-NG-RLM
*Water Authority of Great Neck North v. Dow Chem. Co., et. al.,* 2:18-cv-7271-SJF-AYS
*West Hempstead Water District v. Dow Chem. Co., et. al.,* 2:18-cv-07278-SJF-AYS

Dear Your Honors:

I am counsel for defendant The Dow Chemical Company in the above matters ("Matters"), and write on behalf of all parties to request (i) an extension of defendants' time to respond to the Complaints in each of the Matters, and (ii) an adjournment of all other deadlines until the pending unopposed Relatedness Applications that have been filed in each of the Matters are decided. This extension will allow the parties to coordinate their activities across these Matters, and promote efficiency.

On January 31, 2019, plaintiffs filed an Application pursuant to Rule 50.3.1(d) of the Guidelines for the Division of Business Among District Judges, Eastern District, seeking a determination of relatedness for each of the Matters, as well as the matter of *Suffolk County Water Authority v. The Dow Chemical Company, et al*., Case No. 2:17-cv-6980-JFB-AYS ("SCWA Matter") ("Relatedness Applications"). Pursuant to Local Rule 50.3.1(e), the parties understand that, if the Court agrees that these actions are related, the cases will be assigned to the Judge in the case

ATTORNEYS AT LAW

JOEL A. BLANCHET, PARTNER   DIRECT 716 847 7050   JBLANCHET@PHILLIPSLYTLE.COM.

340 MADISON AVENUE 17TH FLOOR NEW YORK, NY 10173-1922   PHONE 212 759 4888   FAX 212 308 9079

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | OHIO: CLEVELAND | WASHINGTON, DC
CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM



Your Honors                                                                                  March 14, 2019
Page 2

with the lowest docket number. That case, the SCWA Matter, is pending before Judge Bianco. Defendants did not oppose any of the Relatedness Applications. None has been decided.

In anticipation of the Relatedness Applications being filed, and in an effort to coordinate the Matters, on January 29, 2019, defendants filed a request in each of the Matters, with plaintiffs' consent, to extend their time to respond to the Complaints pending in each of the Matters.[1] The Courts granted the extensions in each of the Matters. Since that time, various dates have been set in the Matters. The following chart identifies the Judges who have been assigned to each of the Matters, as well as the SCWA matter, and the dates that are currently set.

| **Case** | **Judge** | **Pending Dates** |
|---|---|---|
| *Suffolk County Water Auth. v. Dow Chem. Co., et al.*, No. 17-cv-6980 (E.D.N.Y.) | District Judge Bianco<br><br>Magistrate Judge Shields | |
| *Port Washington Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7266 (E.D.N.Y.) | District Judge Seybert<br><br>Magistrate Judge Tomlinson | Answer: 3-31-19<br>Initial Conference: 4-3-19<br>Discovery plan: 4-1-19<br>Initial disclosures: 4-1-19 |
| *Roslyn Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7269 (E.D.N.Y.) | District Judge Gershon<br><br>Magistrate Judge Mann | Answer: 4-1-19 |
| *Water Auth. of Great Neck North v. Dow Chem. Co., et al.*, No. 18-cv-7271 (E.D.N.Y.) | District Judge Feuerstein<br><br>Magistrate Judge Shields | Answer: 4-1-19<br><br>Initial Conference: 5-2-19 |
| *Oyster Bay Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7272 (E.D.N.Y.) | District Judge Hurley<br><br>Magistrate Judge Brown | Answer: 4-1-19 |
| *Garden City Park Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7277 (E.D.N.Y.) | District Judge Hurley<br><br>Magistrate Judge Tomlinson | Answer: 3-31-19 |
| *West Hempstead Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7278 (E.D.N.Y.) | District Judge Feuerstein<br><br>Magistrate Judge Shields | Answer: 3-31-19<br><br>Initial Conference: 5-2-19 |
| *Carle Place Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7279 (E.D.N.Y.) | District Judge Hurley<br><br>Magistrate Judge Lindsay | Answer: 3-29-19 |
| *Jericho Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7281 (E.D.N.Y.) | District Judge Hurley<br><br>Magistrate Judge Lindsay | Answer: 3-29-19 |
| *Albertson Water Dist. v. Dow Chem. Co., et al.*, No. 18-cv-7282 | District Judge Feuerstein | Answer: 4-1-19 |

---

[1] Defendants' responses to the Complaint were initially due on January 31, 2019 (The Dow Chemical Company and Ferro Corporation) and February 5, 2019 (Vulcan Materials Company).



Your Honors  
Page 3

March 14, 2019

| Case | Judge | Pending Dates |
|---|---|---|
| (E.D.N.Y.) | Magistrate Judge Brown | Initial Conference: 5-2-19 |
| *Bd. of Comm'rs of Manhasset-Lakeville Water Dist. v. Dow Chem. Co., et al.*, No. 19-cv-85 (E.D.N.Y.) | District Judge Feuerstein  <br><br>Magistrate Judge Lindsay | Answer: 3-29-19  <br><br>Initial Conference: 5-2-19 |

Separately, in the SCWA matter, on January 15, 2019, at the direction of Judge Bianco, defendants filed an application seeking to bifurcate discovery so that statute of limitations discovery and dispositive motion practice can be completed before proceeding to merits discovery ("Discovery Bifurcation Application"). On February 15, 2019, the plaintiff in that action opposed the Discovery Bifurcation Application. Judge Bianco has yet to rule on that application.

In anticipation of upcoming deadlines that are set in each of the Matters, the parties have conferred and agree that in the interests of efficiency, and to allow for coordination of schedules and discovery across the Matters, the pending dates in each of the Matters ought to be extended until plaintiffs' Relatedness Application is decided. Thus, the parties request the following extensions of the existing deadlines:

- That the time for defendants to respond to the Complaints be extended until May 31, 2019, or 30 days after the Relatedness Application is decided, whichever is later. This is the second such extension sought by defendants.

- That any conferences be adjourned, and that the Federal Rule of Civil Procedure 26 deadlines triggered by any conference be extended, until after the Relatedness Application has been decided. This is the first such request.

The parties appreciate Your Honors' consideration of this request.

Respectfully,

Phillips Lytle LLP


By  /s/ Joel A. Blanchet

Joel A. Blanchet

cc:    Hon. Joseph F. Bianco (ECF only)  
       All Counsel of Record (ECF)

Doc #01-3618372.