July 29, 2019

Via ECF

Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Joint Status Update; *Suffolk County Water Authority v. The Dow Chemical Company et al*., No. 2:17-cv-6980-NG-RLM, and *All Related Cases*

Dear Judge Mann:

Pursuant to the Parties' July 15, 2019 Joint Status Report, the Parties submit this supplement to update Your Honor regarding their meet-and-confer efforts and the status of each discovery topic, identified below.

I. **Discovery**

a. **Fact Sheets**

The Parties have made good progress in attempting to agree upon the language and scope of proposed fact sheets that would be used in lieu of Rule 26 initial disclosures. The Parties have exchanged several versions of the fact sheets and have conducted telephonic conferences regarding their positions. The Parties are committed to continuing their discussions concerning the fact sheets as a basis for efficient disclosures without Court intervention, and they will supplement this report on or before August 12, 2019. If they have not reached agreement regarding the final fact sheets by August 12, it is the Parties' intent that their submission will outline the remaining disputes for the Court's determination. The Parties are also conferring on a schedule for the exchange of completed fact sheets, as well as more comprehensive case management and scheduling issues.

b. **ESI Protocol and Protective Order**

Since their last update to the Court, the Parties continued to confer on the ESI Protocol and Protective Order and have reached an agreement regarding both documents. The stipulated ESI Protocol and Protective Order have been filed as letter motions, with each document attached for the Court's review and signature.

Hon. Roanne L. Mann
July 29, 2019
Page 2

## II.     **Further Status Conferences**

The Parties have yet to agree on scheduling of upcoming status conferences, subject to their continuing discussions as set forth above, but will indicate their position(s) on the issue on or before August 12, 2019.

Respectfully submitted,

 */s/ Matthew K. Edling*
Matthew K. Edling

MATTHEW K. EDLING
matt@sheredling.com
VICTOR M. SHER (*pro hac vice*)
vic@sheredling.com
STEPHANIE D. BIEHL (*pro hac vice*)
stephanie@sheredling.com
KATIE H. JONES (*pro hac vice*)
katie@sheredling.com
TIMOTHY J. SLOANE (*pro hac vice*)
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

*Attorneys for Plaintiffs*[1]

SCOTT MARTIN
smartin@hausfeld.com
JEANETTE BAYOUMI
jbayoumi@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS (*pro hac vice*)
rlewis@hausfeld.com
**HAUSFELD LLP**

---

[1] The Sher Edling firm represents all Plaintiffs except Plaintiff New York American Water.

1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd, Suite 450
Nashville, TN 37215
615-647-0987

*Attorneys for Plaintiffs New York American Water Company, Inc.*

  */s/ Joel A. Blanchet*
Joel Alan Blanchet

JOEL ALAN BLANCHET
jblanchet@phillipslytle.com
ANDREW P. DEVINE
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street

Hon. Roanne L. Mann
July 29, 2019
Page 4

Buffalo, NY 14203
(716) 847-7050

*Attorneys for Defendant Dow Chemical Company, Defendant Shell Oil, and Defendant Proctor & Gamble Company*

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD
Steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000

*Attorneys for Defendant Vulcan Materials Company*

        MEGAN ROSE BRILLAULT
        mbrillault@bdlaw.com
        DANIEL MARK KRAININ
        dkrainin@bdlaw.com
        PAULA J. SCHAUWECKER
        pschauwecker@bdlaw.com
        **BEVERIDGE & DIAMOND P.C.**
        477 Madison Avenue
        15th Floor
        New York, NY 10022
        212-702-5400

        *Attorneys for Defendant Shell Oil*

        DAVID J. LENDER
        david.lender@weil.com
        JED PAUL WINER
        jed.winer@weil.com
        **WEIL, GOTSHAL & MANGES, LLP**
        767 Fifth Avenue
        New York, NY 10153
        212-310-8000
        DIANE P. SULLIVAN
        diane.sullivan@weil.com
        RACHEL ANNE FARNSWORTH
        rachel.farnsworth@weil.com
        **WEIL GOTSHAL & MANGES LLP**
        17 Hulfish Street, Suite 201
        Princeton, NJ 08542
        609-986-1120

        *Attorneys for Defendant Proctor & Gamble Company*

        DANIEL RIESEL
        driesel@sprlaw.com
        MARK A. CHERTOK
        mchertok@sprlaw.com
        MARGARET HOLDEN
        mholden@sprlaw.com
        **SIVE, PAGET & RIESEL, P.C.**
        560 Lexington Avenue
        15th floor
        New York, NY 10022
        212-421-2150

Hon. Roanne L. Mann
July 29, 2019
Page 6

        FRANK LEONE
        fleone@hollingsworthllp.com
        MARK A. MILLER
        mmiller@hollingsworthllp.com
        **HOLLINGSWORTH LLP**
        1350 I Street, N W
        Washington, DC 20005
        202-898-5800

        *Attorneys for Defendants Northrop Grumman Corporation*
        *and Northrop Grumman Systems Corporation*

cc:    All Counsel of Record (by ECF)