# SHER EDLING LLP
*PROTECTING PEOPLE AND THE PLANET*

August 12, 2019

<u>Via ECF</u>

Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   Joint Status Update; *Suffolk County Water Authority v. The Dow Chemical Company et al.*, No. 2:17-cv-6980-NG-RLM, and *All Related Cases*

Dear Judge Mann:

Pursuant to the Parties' July 29, 2019 Joint Status Report, the Parties submit this supplement to update Your Honor regarding their meet-and-confer efforts and the status of each discovery topic, identified below.

## I.   <u>Initial Discovery</u>

### a.   Fact Sheets

The Parties are pleased to report that they have reached agreement on the contents of the preliminary fact sheets, which they intend as replacements for initial disclosures in this action. For the Court's reference, the Plaintiff Preliminary Fact Sheet is attached hereto as <u>Exhibit A</u>, and the Defendant Preliminary Fact Sheet is attached hereto as <u>Exhibit B</u>.

The Parties have also agreed that the Fact Sheets must be completed by November 26, 2019.

### b.   ESI Protocol and Protective Order

The Parties are grateful to the Court for the prompt entry of its order regarding the ESI Protocol and the Protective Order, submitted previously.

## II.   <u>Discovery Schedule and Further Status Conferences</u>

The Parties have not yet agreed on a discovery schedule to govern this case and other applicable case management procedures but would ask for regularly scheduled discovery conferences (*e.g.*, the second Tuesday of the month). The Parties will inform the Court no less than three days in advance if a regularly scheduled conference is not necessary. The Parties request that the first such discovery conference take place shortly after the Fact Sheet response deadline, on or about December 10, 2019, if Your Honor's calendar permits.

Hon. Roanne L. Mann
August 12, 2019
Page 2

        Respectfully submitted,

         /s/ *Matthew K. Edling*
        Matthew K. Edling

        MATTHEW K. EDLING
        matt@sheredling.com
        VICTOR M. SHER (*pro hac vice*)
        vic@sheredling.com
        STEPHANIE D. BIEHL (*pro hac vice*)
        stephanie@sheredling.com
        KATIE H. JONES (*pro hac vice*)
        katie@sheredling.com
        TIMOTHY J. SLOANE (*pro hac vice*)
        tim@sheredling.com
        **SHER EDLING LLP**
        100 Montgomery St. Suite 1410
        San Francisco, CA 94104
        (628) 231-2500

        *Attorneys for Plaintiffs*[1]

        SCOTT MARTIN
        smartin@hausfeld.com
        JEANETTE BAYOUMI
        jbayoumi@hausfeld.com
        **HAUSFELD LLP**
        33 Whitehall St., 14th Floor
        New York, NY 10004
        (646) 357-1100

        RICHARD S. LEWIS (*pro hac vice*)
        rlewis@hausfeld.com
        **HAUSFELD LLP**
        1700 K Street, NW, Suite 650
        Washington, DC 20006
        (202) 540-7200

        *Attorneys for Plaintiff Suffolk County Water Authority*

---

[1] The Sher Edling firm represents all Plaintiffs except Plaintiff New York American Water.

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd, Suite 450
Nashville, TN 37215
615-647-0987

*Attorneys for Plaintiffs New York American Water Company, Inc.*

  */s/ Joel A. Blanchet*
Joel Alan Blanchet

JOEL ALAN BLANCHET
jblanchet@phillipslytle.com
ANDREW P. DEVINE
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

*Attorneys for Defendant Dow Chemical Company, Defendant Shell Oil, and Defendant Proctor & Gamble Company*

        KEVIN T. VAN WART
        kevinvanwart@kirkland.com
        NADER R. BOULOS
        nboulos@kirkland.com
        **KIRKLAND & ELLIS LLP**
        300 North LaSalle
        Chicago, IL 60654
        (312) 862-2000

        *Attorneys for Defendant Dow Chemical Company*

        ROBB W. PATRYK
        robb.patryk@hugheshubbard.com
        FARANAK SHARON TABATABAI
        fara.tabatabai@hugheshubbard.com
        **HUGHES HUBBARD & REED LLP**
        One Battery Park Plaza
        New York, NY 10004
        (212) 837-6000

        *Attorneys for Defendant Ferro Corporation*

        STEPHEN C. DILLARD
        Steve.dillard@nortonrosefulbright.com
        **NORTON ROSE FULBRIGHT US LLP**
        1301 McKinney, Suite 5100
        Houston, Texas 77010
        (713) 651-5151

        FELICE B. GALANT
        felice.galant@nortonrosefulbright.com
        **NORTON ROSE FULBRIGHT US LLP**
        1301 Avenue of the Americas
        New York, NY 10019
        (212) 318-3000

        *Attorneys for Defendant Vulcan Materials Company*

        MEGAN ROSE BRILLAULT
        mbrillault@bdlaw.com
        DANIEL MARK KRAININ
        dkrainin@bdlaw.com
        PAULA J. SCHAUWECKER
        pschauwecker@bdlaw.com
        **BEVERIDGE & DIAMOND P.C.**

477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400

*Attorneys for Defendant Shell Oil*

DAVID J. LENDER
david.lender@weil.com
JED PAUL WINER
jed.winer@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000

DIANE P. SULLIVAN
diane.sullivan@weil.com
RACHEL ANNE FARNSWORTH
rachel.farnsworth@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
609-986-1120

*Attorneys for Defendant Proctor & Gamble Company*

DANIEL RIESEL
driesel@sprlaw.com
MARK A. CHERTOK
mchertok@sprlaw.com
MARGARET HOLDEN
mholden@sprlaw.com
**SIVE, PAGET & RIESEL, P.C.**
560 Lexington Avenue
15th floor
New York, NY 10022
212-421-2150

FRANK LEONE
fleone@hollingsworthllp.com
MARK A. MILLER
mmiller@hollingsworthllp.com
**HOLLINGSWORTH LLP**
1350 I Street, N W

Hon. Roanne L. Mann
August 12, 2019
Page 6

        Washington, DC 20005
        202-898-5800

        *Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*

cc:    All Counsel of Record (by ECF)