December 5, 2019

<u>Via ECF</u>

Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Joint Status Update; *Suffolk County Water Authority v. The Dow Chemical Company et al.*, No. 2:17-cv-6980-NG-RLM, and *Related Cases*

Dear Judge Mann:

Pursuant to the Court's August 13, 2019 Order, the Parties submit this Joint Status letter describing the discovery issues they intend to address at the status conference scheduled for December 10, 2019.

On November 26, 2019, the Parties exchanged preliminary fact sheets and accompanying document productions. The fact sheets were intended to replace initial disclosures and to facilitate an exchange of information that would help frame subsequent formal discovery and lay the groundwork for discussions about case management. The fact sheet exchanges included:

- <u>Submissions from 22 of the 27 Plaintiffs</u>. The responding Plaintiffs produced more than 27,000 pages of documents with their responses. The five remaining Plaintiffs filed their complaints after the fact-sheet process was agreed to, and the Parties are conferring to set an appropriate deadline for fact sheet responses after Defendants' deadline to respond to the complaints in those cases.

- <u>Submissions from all five Defendants</u>. Defendant The Dow Chemical Company served 7,530 pages of documents; Defendant Ferro Corporation served 124 pages; Defendant Vulcan Materials Company served 357 pages; Defendant Procter & Gamble served 35 pages; and Defendant Shell Oil Company served 13 pages.

The Parties met and conferred telephonically on December 3, 2019. The parties acknowledged the need for additional time to digest the information that was produced and to identify and try to resolve any issues relating to the fact sheet responses. That process began during the December 3 call, but is not complete. Some issues have already been resolved, and discussions concerning other issues are continuing, with similar progress expected.

During the conference, the parties also discussed the scope of a broader discovery schedule for all the cases. Those discussions are also continuing. The parties expect to report to

Hon. Roanne L. Mann
December 5, 2019
Page 2

the Court at next week's conference the status of these discussions and any unresolved issues relating to the fact sheet responses.

The parties look forward to meeting with the Court on December 10.

                Respectfully submitted,

                */s/ Matthew K. Edling*
                Matthew K. Edling

MATTHEW K. EDLING
matt@sheredling.com
VICTOR M. SHER
vic@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com
KATIE H. JONES
katie@sheredling.com
TIMOTHY J. SLOANE
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

*Attorneys for Plaintiffs*[1]

SCOTT MARTIN
smartin@hausfeld.com
JEANETTE BAYOUMI
jbayoumi@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006

---

[1] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).

(202) 540-7200

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270

*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd
Suite 450
Nashville, TN 37215
615-647-0987

*Attorneys for Plaintiff New York American Water Company, Inc.*

Hon. Roanne L. Mann
December 5, 2019
Page 4

*/s/ Joel Alan Blanchet*
Joel Alan Blanchet

JOEL ALAN BLANCHET
jblanchet@phillipslytle.com
ANDREW P. DEVINE
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

*Attorneys for Defendant The Dow Chemical Company*

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Hon. Roanne L. Mann
December 5, 2019
Page 5

        FELICE B. GALANT
        felice.galant@nortonrosefulbright.com
        **NORTON ROSE FULBRIGHT US LLP**
        1301 Avenue of the Americas
        New York, NY 10019
        (212) 318-3000

        *Attorneys for Defendant Vulcan Materials Company*

        MEGAN ROSE BRILLAULT
        mbrillault@bdlaw.com
        DANIEL MARK KRAININ
        dkrainin@bdlaw.com
        PAULA J. SCHAUWECKER
        pschauwecker@bdlaw.com
        **BEVERIDGE & DIAMOND P.C.**
        477 Madison Avenue
        15th Floor
        New York, NY 10022
        212-702-5400

        *Attorneys for Defendant Shell Oil Company*

        DAVID J. LENDER
        david.lender@weil.com
        JED PAUL WINER
        jed.winer@weil.com
        **WEIL, GOTSHAL & MANGES, LLP**
        767 Fifth Avenue
        New York, NY 10153
        212-310-8000
        DIANE P. SULLIVAN
        diane.sullivan@weil.com
        RACHEL ANNE FARNSWORTH
        rachel.farnsworth@weil.com
        **WEIL GOTSHAL & MANGES LLP**
        17 Hulfish Street, Suite 201Princeton, NJ 08542
        609-986-1120

        *Attorneys for Defendant The Procter & Gamble Company*

cc:    All Counsel of Record (by ECF)