# SHER EDLING LLP
*PROTECTING PEOPLE AND THE PLANET*

January 21, 2020

<u>Via ECF</u>

Hon. Roanne L. Mann
Chief Magistrate Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **Joint Status Update;** *Suffolk County Water Authority v. The Dow Chemical Company et al.*, **No. 2:17-cv-6980-NG-RLM, and** *Related Cases*

Dear Judge Mann:

Pursuant to the Court's December 10, 2019 Order, the Parties submit this Joint Status letter describing the progress that has been made since the December 10, 2019 conference.

The Parties continue to make progress toward resolving any issues relating to the preliminary fact sheet responses and productions that were made on November 26, 2019. The Parties shall serve their first sets of Requests for Production and Interrogatories this week,[1] and are coordinating on service of first wave third-party document subpoenas. The Parties plan to meet and confer in the coming weeks to discuss, among other things, their expectations for how long document discovery will take, and will be prepared to discuss scheduling with the Court at the already-scheduled April 15, 2020 conference. To the extent the Parties need the Court's guidance on discovery issues before the April 15 conference, they intend to raise those issues by Motion.

Respectfully submitted,

 */s/ Matthew K. Edling*
Matthew K. Edling

MATTHEW K. EDLING
matt@sheredling.com
VICTOR M. SHER
vic@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com

---

[1] No discovery has yet taken place in the related case, *Hicksville Water District v. The Dow Chemical Company et al.* (19-cv-05632). Therefore, this plaintiff reserves the right to serve its discovery demands and responses after the date set for the filing of its Fact Sheet response.

Hon. Roanne L. Mann
January 21, 2020
Page 2

KATIE H. JONES
katie@sheredling.com
TIMOTHY J. SLOANE
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

*Attorneys for Plaintiffs[2]*

SCOTT MARTIN
smartin@hausfeld.com
JEANETTE BAYOUMI
jbayoumi@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270

*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI

---

[2] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water
(19-cv-2150) and Hicksville Water District (19-cv-5632).



Hon. Roanne L. Mann
January 21, 2020
Page 3

hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd
Suite 450
Nashville, TN 37215
615-647-0987

*Attorneys for Plaintiffs New York American Water
Company, Inc.*

PAUL J. NAPOLI
pnapoli@napolilaw.com
LILIA FACTOR
lfactor@napolilaw.com
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000

*Attorneys for Plaintiff Hicksville Water District*



Hon. Roanne L. Mann
January 21, 2020
Page 4

*/s/ Joel Alan Blanchet*
Joel Alan Blanchet

JOEL ALAN BLANCHET
jblanchet@phillipslytle.com
ANDREW P. DEVINE
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

*Attorneys for Defendant The Dow Chemical Company*

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD
Steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151



Hon. Roanne L. Mann
January 21, 2020
Page 5

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000

*Attorneys for Defendant Vulcan Materials Company*

MEGAN ROSE BRILLAULT
mbrillault@bdlaw.com
DANIEL MARK KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400

*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
JED PAUL WINER
jed.winer@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000
DIANE P. SULLIVAN
diane.sullivan@weil.com
RACHEL ANNE FARNSWORTH
rachel.farnsworth@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201Princeton, NJ 08542
609-986-1120

*Attorneys for Defendant The Proctor & Gamble Company*

cc:      All Counsel of Record (by ECF)

