**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** February 9, 2021  
**START:** 2:05 p.m.  
**END:** 4:10 p.m.

**DOCKET NO./Case:**

17-cv-06980-NG-RLM, Suffolk County Water Authority v. The Dow Chemical Company et. al.
18-cv-07266-NG-RLM, Port Washington Water District v. The Dow Chemical Company et. al.
18-cv-07269-NG-RLM, Roslyn Water District v. The Dow Chemical Company et. al.
18-cv-07271-NG-RLM, Water Authority of Great Neck North v. The Dow Chemical Company et. al.
18-cv-07272-NG-RLM, Oyster Bay Water District v. The Dow Chemical Company et. al.
18-cv-07277-NG-RLM, Garden City Park Water District v. The Dow Chemical Company et. al.
18-cv-07278-NG-RLM, West Hempstead Water District v. The Dow Chemical Company et. al.
18-cv-07279-NG-RLM, Carle Place Water District v. The Dow Chemical Company et. al.
18-cv-07281-NG-RLM, Jericho Water District v. The Dow Chemical Company et. al.
18-cv-07282-NG-RLM, Albertson Water District v. The Dow Chemical Company et. al.
19-cv-00085-NG-RLM, Board of Commissioners of the Manhasset-Lakeville Water District v. The Dow Chemical Company et. al.
19-cv-01348-NG-RLM, Bethpage Water District v. The Dow Chemical Company et al
19-cv-01351-NG-RLM, Plainview Water District v. The Dow Chemical Company et al
19-cv-01404-NG-RLM, South Farmingdale Water District v. The Dow Chemical Company et. al.
19-cv-02150-NG-RLM, New York American Water Company, Inc. v. The Dow Chemical Company et al
19-cv-02490-NG-RLM, Locust Valley Water District v. The Dow Chemical Company et al
19-cv-02973-NG-RLM, Incorporated Village of Mineola v. The Dow Chemical Company et al
19-cv-02974-NG-RLM, Water Authority of Western Nassau County v. The Dow Chemical Company et al
19-cv-02975-NG-RLM, Franklin Square Water District v. The Dow Chemical Company et al
19-cv-02986-NG-RLM, Town Of Huntington et al v. The Dow Chemical Company et al
19-cv-02990-NG-RLM, Westbury Water & Fire District v. The Dow Chemical Company et al
19-cv-03059-NG-RLM, Greenlawn Water District v. The Dow Chemical Company et al
19-cv-03197-NG-RLM, Incorporated Village of Garden City v. The Dow Chemical Company et. al.
19-cv-03570-NG-RLM, Incorporated Village of Hempstead v. The Dow Chemical Company et al
2:19-cv-05632-NG-RLM, Hicksville Water District v. The Dow Chemical Company et. al.
19-cv-05775-NG-RLM, Town of Hempstead v. The Dow Chemical Company et. al.
19-cv-05825-NG-RLM, South Hunginton Water District v. The Dow Chemical Company et. al.

- ☐ **INITIAL CONFERENCE**
- ☐ **DISCOVERY CONFERENCE**
- ☐ **SETTLEMENT CONFERENCE**
- ☐ **MOTION HEARING**
- ☐ **OTHER/ORDER TO SHOW CAUSE**
- ☐ **FINAL/PRETRIAL CONFERENCE**
- **X TELEPHONE CONFERENCE**
- ☐ **INFANT COMPROMISE HEARING**

**PLAINTIFF**                                   **ATTORNEY**

|  | SEE ATTACHED |
|---|---|
|  |  |
|  |  |
|  |  |

**DEFENDANT**                                   **ATTORNEY**

|  | SEE ATTACHED |
|--|--|
|  |  |
|  |  |
|  |  |
|  |  |

- ☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
- ☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
- ☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
- ☐ **PL. TO SERVE DEF. BY:**_____     **DEF. TO SERVE PL. BY:**_____

**RULINGS:**   <u>**PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**</u>

Judge Gershon and Judge Mann jointly preside over a telephonic hearing.   The parties provide oral argument regarding competing proposals for discovery and trial management.   The parties' competing proposals are taken under advisement.

# APPEARANCES

**PLAINTIFFS** | **ATTORNEYS**

| PLAINTIFFS | ATTORNEYS |
|---|---|
| All Plaintiffs in all related cases other than 19-cv-2150 and 19-cv-5632 | Matthew Edling with Victor Sher; Katie Jones; Stephanie Biehl; Nicole Texiera; Quentin Karpilow |
| New York American Water Co. Inc. in 19-cv-2150 | Frank Schirripa with Hillary Nappi |
| Hicksville Water District in 19-cv-5632 | Lilia Factor with Paul Napoli |
| Suffolk County Water Authority in 17-cv-6980 | Scott Martin with Richard Lewis; Katie Beran and Jeanette Bayoumi; Tamara Freilich |

| DEFENDANTS | ATTORNEYS |
|---|---|
| All Defendants in all related cases | Joel Blanchet |
| Dow Chemical | Nader Boulos with Kevin Van Wart and Jason Miller |
| Ferro Corp. | Robb Patryk with Faranak Tabatabai; Amina Hassan; and Joel Blanchett |
| Vulcan Materials Co. | Felice Gallant with Stephen Dillard |
| Shell Oil Co. in 17-CV-6980, 19-CV-2150, and 19-cv-5632 | Megan Brillault with Daniel Krainin |
| Procter & Gamble Co. in 17-cv-6980, 19-cv-2150, and 19-cv-5632 | David Lender with Jed Winer |