# SHER EDLING LLP
## PROTECTING PEOPLE AND THE PLANET

August 13, 2021

**VIA ECF**

The Honorable Roanne L. Mann
 United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Joint Status Report:  *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM, and *Related Cases*

Dear Judge Mann:

On behalf of all 32 Parties in the referenced cases, and consistent with the status report provided to the Court on July 16, 2021 (ECF 188), the Parties update below their progress regarding certain outstanding discovery items raised in Defendants' Motions to Compel (ECF 173, 174), as referenced in prior status reports (ECF 179, 180, 183, 188).

Following conferral, further information exchanges, and Plaintiffs' (and their consultants') production of various materials, the Parties have resolved outstanding issues regarding: (1) groundwater models; (2) SCWA's groundwater testing databases; (3) Plaintiffs' drinking water distribution models; (4) lists of Plaintiffs' wells with updated dioxane detections; and (5) certain modifications to search terms for documents that previously remained in privilege and supplemental review.

Since the submission of the prior status report, Plaintiff Suffolk County Water Authority and all Plaintiffs represented by Sher Edling completed their privilege review and supplemental document productions on or before August 6, 2021. Plaintiff New York American Water District also completed its privilege review and document production. Plaintiff Hicksville Water District intends to complete its document production by August 13, 2021.

Defendants are reviewing the approximately 4.8 million pages of documents Plaintiffs and their consultants produced since the May 20 hearing on Defendants' Motions to Compel and will confer with Plaintiffs if they believe that issues remain with the completeness of Plaintiffs' "well file," email, or other productions as referenced in earlier status reports.

\*    \*    \*

The Parties will provide the Court with a further update in the next regularly scheduled status report on September 1, 2021 but will promptly bring to the Court any issues requiring earlier intervention following good faith conferral.

Respectfully submitted,

| | |
|---|---|
|   */s/ Joel Alan Blanchet* |   */s/ Stephanie D. Biehl* |
| JOEL ALAN BLANCHET | STEPHANIE D. BIEHL |
| jblanchet@phillipslytle.com | stephanie@sheredling.com |
| ANDREW P. DEVINE | MATTHEW K. EDLING |
| adevine@phillipslytle.com | matt@sheredling.com |
| **PHILLIPS LYTLE LLP** | VICTOR M. SHER |
| One Canalside | vic@sheredling.com |
| 125 Main Street | KATIE H. JONES |
| Buffalo, NY 14203 | katie@sheredling.com |
| (716) 847-7050 | **SHER EDLING LLP** |
| | 100 Montgomery St. Suite 1410 |
| KEVIN T. VAN WART | San Francisco, CA 94104 |
| kevinvanwart@kirkland.com | (628) 231-2500 |
| NADER R. BOULOS | *Attorneys for Plaintiffs*[1] |
| nboulos@kirkland.com | |
| **KIRKLAND & ELLIS LLP** | SCOTT MARTIN |
| 300 North LaSalle | smartin@hausfeld.com |
| Chicago, IL 60654 | Jeanette Bayoumi |
| (312) 862-2000 | jbayoumi@hausfeld.com |
| *Attorneys for Defendant The Dow Chemical Company* | **HAUSFELD LLP** |
| | 33 Whitehall St., 14th Floor |
| | New York, NY 10004 |
| ROBB W. PATRYK | (646) 357-1100 |
| robb.patryk@hugheshubbard.com | |
| FARANAK SHARON TABATABAI | RICHARD S. LEWIS |
| fara.tabatabai@hugheshubbard.com | rlewis@hausfeld.com |
| **HUGHES HUBBARD & REED LLP** | **HAUSFELD LLP** |
| One Battery Park Plaza | 1700 K Street, NW, Suite 650 |
| New York, NY 10004 | Washington, DC 20006 |
| (212) 837-6000 | (202) 540-7200 |
| *Attorneys for Defendant Ferro Corporation* | |
| | JAMES GOTZ |
| STEPHEN C. DILLARD, *pro hac vice* | jgotz@hausfeld.com |
| steve.dillard@nortonrosefulbright.com | **HAUSFELD LLP** |
| **NORTON ROSE FULBRIGHT US LLP** | One Marina Park Drive, Suite 1410 |
| 1301 McKinney, Suite 5100 | Boston, MA 02210 |

---

[1] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).

**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET

Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Vulcan Materials Company*

MEGAN R. BRILLAULT
mbrillault@bdlaw.com
DANIEL M. KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400
*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
JED PAUL WINER
jed.winer@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000

DIANE P. SULLIVAN
diane.sullivan@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
609-986-1120
*Attorneys for Defendant The Procter & Gamble Company*

(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
615-647-0987
*Attorneys for Plaintiff New York American Water Company, Inc.*
Paul J. Napoli

Honorable Roanne L. Mann
August 13, 2021
Page 4

        pnapoli@nsprlaw.com
        Lilia Factor
        lfactor@napolilaw.com
        **NAPOLI SHKOLNIK PLLC**
        360 Lexington Avenue, 11th Floor
        New York, NY 10017
        (212) 397-1000
        *Attorneys for Plaintiff Hicksville Water District*

cc:    All Counsel of Record (by ECF)

