AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Suffolk County Water Authority<br>*Plaintiff*<br>v.<br>The Dow Chemical Company, et al. (see Rider)<br>*Defendant, Third-party plaintiff*<br>v.<br>120Marcus Realty LLC, et al. (see Rider)<br>*Third-party defendant* | )<br>)<br>)  Civil Action No. 2:17-cv-06980<br>)<br>)<br>)<br>)<br>) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   120Marcus Realty LLC
120 Marcus Blvd.
Deer Park, NY 11729

(and additional names and addresses in Rider)

A lawsuit has been filed against defendant __(Defendant List in Rider)__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Suffolk County Water Authority__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Phillips Lytle LLP c/o Joel Blanchet, Attorneys for Defendant/Third-Party Plaintiff The Dow Chemical Company
One Canalside, 125 Main Street
Buffalo, NY 14203, and (see Rider)

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sher Edling LLP c/o Matthew K. Edling, Attorneys for Plaintiff Suffolk County Water Authority
100 Montgomery St., Suite 1410, San Francisco, CA 94104, and (see Rider)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: 9/1/2021



*CLERK OF COURT*

Douglas C. Palmer by: Roseann Guzzi

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:17-cv-06980

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Add Attachment    Reset

## SUMMONS RIDER

### CAPTION:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY,<br><br>    Plaintiff,<br> v.<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, VULCAN MATERIALS COMPANY, PROCTER & GAMBLE COMPANY, SHELL OIL COMPANY, individually and doing business as SHELL CHEMICAL LP,<br><br>    Defendants. | Case No.: 2:17-cv-06980-NG-RLM |
| THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>    Third-Party Plaintiffs,<br> v.<br><br>120MARCUS REALTY LLC, 5 CUBA HILL OWNER LLC, 550 LIBERTY PLAZA LLC, AIRPORT PLAZA, LLC, ANTHONY ANTONIOU, ANWAR CHITAYAT AS TRUSTEE OF THE ANWAR CHITAYAT ENVIRONMENTAL TRUST, CRESCENT GROUP REALTY INC., EMPIRE PROPERTIES LI LLC, FED 717-725 LLC, FGG REALTY ASSOCIATES, LLC, GSM 717-725 LLC, ICA 717-725 LLC, MAKO PROPERTIES, LLC, OMEGA MELVILLE LLC, ONE ADAMS OWNER LLC, SAF 717-725 LLC, STEEL FOREST, LLC, THE SUFFOLK COUNTY LANDBANK CORPORATION, TOWN OF BABYLON, and TOWN OF ISLIP,<br><br>    Third-Party Defendants. | |

**THIRD-PARTY DEFENDANTS' NAMES AND ADDRESSES (CONTINUED):**

5 Cuba Hill Owner LLC
1250 Waters Place, PH1
Bronx, NY 10461,

550 Liberty Plaza LLC
45 Cuttermill Rd, Ste 1
Great Neck, NY 11021,

Airport Plaza, LLC
28 Liberty St.
New York, NY 10005,

Anthony Antoniou
25 Berry St.
Lindenhurst, NY 11757,

Anwar Chitayat as Trustee of the Anwar Chitayat Environmental Trust
5927 Vintage Oaks Circle
Delray Beach, FL 33484,

Crescent Group Realty Inc.
71 N 1st St.
Deer Park, NY 11729,

Empire Properties LI LLC
95 Lane St.
Lindenhurst, NY 11757,

FED 717-725 LLC
45 Broadway, 25th Floor
New York, NY 10006,

FGG Realty Associates, LLC
82 Milbar Blvd.
Farmingdale, NY 11735,

GSM 717-725 LLC
45 Broadway, 25th Floor,
New York, NY 10006,

ICA 717-725 LLC
45 Broadway, 25th Floor
New York, NY 10006,

Mako Properties, LLC
931B Conklin St.
Farmingdale, NY 11735,

Omega Melville LLC
PO Box 500
Hicksville, NY 11802,

One Adams Owner LLC
6851 Jericho Turnpike, Ste 200
Syosset, NY 11791,

SAF 717-725 LLC
45 Broadway, 25th Floor
New York, NY 10006,

Steel Forest, LLC
999 S Oyster Bay Rd, Ste 200,
Bethpage, NY 11714,

The Suffolk County Landbank Corporation
PO Box 6100, 100 Veterans Memorial Hwy
Hauppauge, NY 11788,

Town of Babylon
Babylon Town Hall,
200 E Sunrise Highway
Lindenhurst, NY 11757, and

Town of Islip
655 Main St.
Islip, NY 11751

**COUNSEL LIST:**

Joel A. Blanchet
Andrew P. Devine
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Phone: (716) 847-8400
jblanchet@phillipslytle.com
adevine@phillipslytle.com
*Counsel for Defendant/Third-Party Plaintiff*
*The Dow Chemical Company*

Kevin T. Van Wart, P.C. (*pro hac*)
Nader R. Boulos, P.C. (*pro hac*)
Jonathan N. Adair (*pro hac*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
kevin.vanwart@kirkland.com
nader.boulos@kirkland.com
jonathan.adair@kirkland.com
*Counsel for Defendant The Dow Chemical Company*

Matthew K. Edling
matt@sheredling.com
Victor M. Sher
vic@sheredling.com
Stephanie D. Biehl
stephanie@sheredling.com
Katie H. Jones
katie@sheredling.com
Nicole E. Teixeira
nteixeira@sheredling.com
SHER EDLING LLP
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500
*Counsel for Plaintiff Suffolk County Water Authority*

Stephen C. Dillard (*pro hac*)
Brett J. Young (*pro hac*)
Jeffrey S. Wolff (*pro hac*)
Lauren Brogdon (*pro hac*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Phone: (713) 651-5151
steve.dillard@nortonrosefulbright.com
brett.young@nortonrosefulbright.com
jeffrey.wolff@nortonrosefulbright.com
lauren.brogdon@nortonrosefulbright.com

Felice B. Galant
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Phone: (212) 318-3000
felice.galant@nortonrosefulbright.com
*Counsel for Defendant/Third-Party Plaintiff*
*Legacy Vulcan, LLC, formerly known as*
*Vulcan Materials Company*

Robb W. Patryk
Faranak Sharon Tabatabai Asl
Amina Hassan
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Phone: (212) 837-6000
robb.patryk@hugheshubbard.com
fara.tabatabai@hugheshubbard.com
amina.hassan@hugheshubbard.com
*Counsel for Defendant/Third-Party Plaintiff*
*Ferro Corporation*

James Gotz
jgotz@hausfeld.com
HAUSFELD LLP
One Marina Park Drive, Suite 1410
Boston, Massachusetts 02210
(617) 207-0600
*Counsel for Plaintiff Suffolk County Water Authority*

Richard S. Lewis
rlewis@hausfeld.com
Yelena W. Dewald
ydewald@hausfeld.com
HAUSFELD LLP
888 16th Street, NW Ste 300
Washington, DC 20006
(202) 540-7200
*Counsel for Plaintiff Suffolk County Water Authority*

Scott A. Martin
smartin@hausfeld
HAUSFELD LLP
165 Broadway Suite 2301
New York, NY 10006
(646) 357-1195
*Counsel for Plaintiff Suffolk County Water Authority*

Katie Beran
kberan@hausfeld.com
Tamara Freilich
tfreilich@hausfeld.com
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Counsel for Plaintiff Suffolk County Water Authority*

Loretta M. Gatswirth
lgatswirth@meltzerlippe.com
MELZER LIPPE GOLDSTEIN & BREITSTONE LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
*Counsel for Plaintiff Suffolk County Water Authority*

David J. Lender
david.lender@weil.com
Jed Paul Winer
jed.winer@weil.com
Lauren Jacobson Bernstein
lauren.jacobson@weil.com
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
*Counsel for Defendant The Procter & Gamble Company*

Diane P. Sullivan
diane.sullivan@weil.com
WEIL GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 200
Princeton, NJ 08542
(609) 986-1120
*Counsel for Defendant The Procter & Gamble Company*

Daniel Mark Krainin
dkrainin@bdlaw.com
Megan Rose Brillault
mbrillault@bdlaw.com
Paula J. Schauwecker
BEVERIDGE & DIAMOND P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
*Counsel for Defendant Shell Oil Company*

Jeanette Bayoumi
jbayoumi@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, New York 10004
(646) 357-1100
*Counsel for Plaintiff Suffolk County Water Authority*