

## Phillips Lytle LLP

**Via ECF**                                                                                                    September 1, 2021

The Honorable Nina Gershon
  United States District Judge
The Honorable Roanne L. Mann
  United States Magistrate Judge
  United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:      Joint Status Report: *Suffolk County Water Authority v. The Dow Chemical Co. et al.*,
         No. 2:17-cv-6980-NG-RLM, and *Related Cases*

Dear Judge Gershon and Judge Mann:

On behalf of all 32 Parties in the referenced cases, and consistent with the status report provided to Judge Mann on August 13, 2021 (ECF 192), the Parties update below their progress regarding discovery items raised in Defendants' Motions to Compel (ECF 173, 174), as referenced in prior status reports (ECF 179, 180, 183, 188, 192), regarding other discovery items previously reported to the Court, and regarding additional case updates.

### I.      Discovery Items Related to Defendants' Prior Motions to Compel

Following conferral, further information exchanges, and Plaintiffs' (and their consultants') production of various additional materials after the hearing on Defendants' Motions to Compel, Defendants are reviewing Plaintiffs' additional document productions. If Defendants believe there are remaining issues with Plaintiffs' productions, they will confer with Plaintiffs. All Plaintiffs reserve their right to continue to supplement their document productions as necessary or otherwise required by the Federal Rules.

### II.      Third-Party Complaints

On August 30, 2021, Defendants The Dow Chemical Company, Ferro Corporation and Legacy Vulcan Materials, LLC ("Third-Party Plaintiffs") filed third-party complaints seeking contribution from Third-Party Defendants in 17 of the 27 cases. Exhibit A to this letter identifies the 84 Third-Party Defendants, and the cases in which they have been named. Third-Party Plaintiffs will promptly serve Third-Party Defendants and file proofs of service by September 20, 2021 as set forth in the Scheduling Order. ECF 171 at 3.

ATTORNEYS AT LAW

JOEL A. BLANCHET   PARTNER   DIRECT **716 847 7050**   JBLANCHET@PHILLIPSLYTLE.COM

ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE **(716) 847-8400** FAX **(716) 852-6100** | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION



### III.    Third-Party Discovery

To date, the Parties have served over 100 document subpoenas or FOIA requests on third-parties, which has resulted in the production of approximately 240,000 third-party documents.

As part of this process, the Parties have spent considerable time conferring with the New York Department of Environmental Conservation and the Environmental Protection Agency and are continuing those conferrals regarding the timing and substance of the agencies' document productions. If necessary, the Court may be presented with a motion seeking to order speedier document productions from the agencies.

In addition to document subpoenas, Plaintiffs have served a third-party deposition subpoena on Pride Solvents & Chemical Co., Inc. ("Pride"), which was a distributor of chemical products on Long Island and has historically bought and sold some of the products at issue to various customers over the years.  By agreement of the Parties and Pride, the deposition of Pride has been postponed until sometime in the latter half of September.  Plaintiffs also have served third-party subpoenas seeking documents from Defendants' customers and other distributors.

### IV.    Other Discovery Items

The Court's Scheduling Order provides for depositions to take place between September 8, 2021 and June 3, 2022. (ECF 171).  The Parties have been in discussion regarding remote and in-person deposition procedures.  The Parties are also conferring regarding the scope of the Rule 30(b)(6) Deposition Notices that Plaintiffs served on Dow, Ferro, and Vulcan.  The 84 newly-added Third-Party Defendants have not yet appeared in the cases, and have not participated in discussions regarding the timing of party or non-party depositions.  Plaintiffs and Defendants will report back to the Court should any issues arise.

*          *          *

The Parties will provide the Court with a further update in the next regularly scheduled status report on November 30, 2021 but will promptly bring to the Court any issues requiring earlier intervention following good faith conferral.



Respectfully submitted,

| | |
|---|---|
| _/s/ Joel A. Blanchet_ | _/s/ Stephanie D. Biehl_ |
| JOEL ALAN BLANCHET | STEPHANIE D. BIEHL |
| jblanchet@phillipslytle.com | stephanie@sheredling.com |
| ANDREW P. DEVINE | MATTHEW K. EDLING |
| adevine@phillipslytle.com | matt@sheredling.com |
| **PHILLIPS LYTLE LLP** | VICTOR M. SHER |
| One Canalside | vic@sheredling.com |
| 125 Main Street | KATIE H. JONES |
| Buffalo, NY 14203 | katie@sheredling.com |
| (716) 847-7050 | **SHER EDLING LLP** |
| | 100 Montgomery St. Suite 1410 |
| KEVIN T. VAN WART | San Francisco, CA 94104 |
| kevinvanwart@kirkland.com | (628) 231-2500 |
| NADER R. BOULOS | _Attorneys for Plaintiffs_[1] |
| nboulos@kirkland.com | |
| **KIRKLAND & ELLIS LLP** | SCOTT MARTIN |
| 300 North LaSalle | smartin@hausfeld.com |
| Chicago, IL 60654 | Jeanette Bayoumi |
| (312) 862-2000 | jbayoumi@hausfeld.com |
| _Attorneys for Defendant The Dow Chemical_ | **HAUSFELD LLP** |
| _Company_ | 33 Whitehall St., 14th Floor |
| | New York, NY 10004 |
| ROBB W. PATRYK | (646) 357-1100 |
| robb.patryk@hugheshubbard.com | |
| FARANAK SHARON TABATABAI | RICHARD S. LEWIS |
| fara.tabatabai@hugheshubbard.com | rlewis@hausfeld.com |
| **HUGHES HUBBARD & REED LLP** | **HAUSFELD LLP** |
| One Battery Park Plaza | 1700 K Street, NW, Suite 650 |
| New York, NY 10004 | Washington, DC 20006 |
| (212) 837-6000 | (202) 540-7200 |
| _Attorneys for Defendant Ferro Corporation_ | |

---

[1] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).



STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Vulcan Materials Company*

MEGAN R. BRILLAULT
mbrillault@bdlaw.com
DANIEL M. KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400
*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
JED PAUL WINER
jed.winer@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306



New York, NY 10153
212-310-8000

DIANE P. SULLIVAN
diane.sullivan@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
609-986-1120
*Attorneys for Defendant The Procter & Gamble Company*

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
615-647-0987
*Attorneys for Plaintiff New York American Water Company, Inc.*
Paul J. Napoli
pnapoli@nsprlaw.com
Lilia Factor
lfactor@napolilaw.com
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
*Attorneys for Plaintiff Hicksville Water District*

cc:    All Counsel of Record (by ECF)



## EXHIBIT A

| Third Party | Case |
|---|---|
| 100 East Properties LLC | New York American Water |
| 101 Frost Street Associates, L.P. | Town of Hempstead |
| 1025 II LLC | Town of Hempstead |
| 120Marcus Realty LLC | SCWA |
| 129 Real Estate Management LLC. | Town of Hempstead |
| 1st State LLC | Town of Hempstead |
| 225 Robbins LLC | Jericho |
| 230 Duffy Owner LLC | Hicksville |
| 233 Robbins Holding LLC | Jericho |
| 325 Duffy Owner LLC | Hicksville |
| 40 Roselle LLC | Mineola Village |
| 5 Cuba Hill Owner LLC | SCWA |
| 55 Motor Avenue Co., LLC | New York American Water, South Farmingdale |
| 550 Liberty Plaza LLC | SCWA |
| 570 Properties, Inc. | Town of Hempstead |
| 65 Daly Road LLC | Greenlawn |
| 66 Brooklyn Ave LLC | Town of Hempstead |
| 750 Summa Avenue LLC | Town of Hempstead |
| Airport Plaza, LLC | SCWA |
| Alkier Steel, LLC | Hempstead Village |
| Amee A. Patel | Town of Hempstead |
| Anthony Antoniou | SCWA |
| Anwar Chitayat, as Trustee of the Anwar Chitayat Environmental Trust | SCWA |
| Arkwin Industries, Inc. | Town of Hempstead |
| Ashwinkumar Somabhai Patel as Trustee for the Patel Trust of July 29, 1977 of California | Town of Hempstead |



| Third Party | Case |
|---|---|
| Associated Brook, Inc. | Bethpage, New York American Water, South Farmingdale |
| B. Shell Realty, LLC | Franklin Square, New York American Water |
| Breeze-Eastern LLC | New York American Water |
| Conair Corporation | Garden City Village |
| County of Nassau | Hempstead Village, Town of Hempstead |
| Crescent Group Realty Inc. | SCWA |
| Empire Properties LI LLC | SCWA |
| Equity One (Northeast Portfolio) LLC | Hempstead Village, Town of Hempstead |
| FED 270-280 LLC | Hicksville, Town of Hempstead |
| FED 290 LLC | Hicksville, Town of Hempstead |
| FED 717-725 LLC | SCWA |
| FED John LLC | Hicksville |
| FGG Realty Associates, LLC | SCWA |
| Fortune Avenue Holdings LLC | Hempstead Village |
| Gordon-Atlantic Corp. | Garden City Village |
| Grand Machinery Exchange, Inc. | Town of Hempstead |
| GSM 270-280 LLC | Hicksville, Town of Hempstead |
| GSM 290 LLC | Hicksville, Town of Hempstead |
| GSM 717-725 LLC | SCWA |
| GSM John LLC | Hicksville |
| H.D.P. Printing Industries Corp. | Town of Hempstead |
| ICA 270-280 LLC | Hicksville, Town of Hempstead |
| ICA 290 LLC | Hicksville, Town of Hempstead |
| ICA 717-725 LLC | SCWA |
| ICA John LLC | Hicksville |
| K.B. Co. 2 L.P. | Hicksville |



| Third Party | Case |
|---|---|
| Leonard Cohen | Town of Hempstead |
| Long Island Jewish Medical Center | Great Neck North, Manhasset-Lakeville |
| Loni-Jo Realty Co., LLC | Town of Hempstead |
| Mako Properties, LLC | SCWA |
| Metpar Corp. | Town of Hempstead |
| Mineola 435, LLC | Franklin Square, Garden City Village, West Hempstead |
| Nassau Steel, LLC | Bethpage, South Farmingdale |
| Neal Shalom as Trustee of the 1111 Marcus Avenue Grantor Trust | Great Neck North, Manhasset-Lakeville |
| Nest Equities, Inc. | Town of Hempstead |
| Next Millennium Realty LLC | Town of Hempstead |
| Norma Cohen | Town of Hempstead |
| Northrop Grumman Corporation | Bethpage, New York American Water, South Farmingdale |
| Oerlikon Metco (US) Inc. | Hicksville, Town of Hempstead |
| Omega Melville LLC | SCWA |
| One Adams Owner LLC | SCWA |
| Rajen A. Patel | Town of Hempstead |
| SAF 270-280 LLC | Hicksville, Town of Hempstead |
| SAF 290 LLC | Hicksville, Town of Hempstead |
| SAF 717-725 LLC | SCWA |
| SAF John LLC | Hicksville |
| Seaboard Estates Inc. | Western Nassau County |
| Steel Forest, LLC | SCWA |



| Third Party | Case |
|---|---|
| Steel Mineola Second Street, LLC | Hempstead Village |
| Steel-Los III L.P. | Bethpage, New York American Water, South Farmingdale |
| Stone Post, Inc. | Town of Hempstead |
| Syosset Park Development, LLC | Jericho |
| The Suffolk County Landbank Corporation | SCWA |
| Town of Babylon | SCWA |
| Town of Islip | SCWA |
| Town of North Hempstead | Port Washington |
| Town of Oyster Bay | New York American Water, South Farmingdale |
| United States of America | Bethpage, South Farmingdale |
| Vars Re2, LLC | Western Nassau County |