UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY,<br><br>Plaintiff,<br>v.<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, VULCAN MATERIALS COMPANY, PROCTER & GAMBLE COMPANY, SHELL OIL COMPANY, individually and doing business as SHELL CHEMICAL LP,<br><br>Defendants.<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>Third-Party Plaintiffs,<br>v.<br><br>120MARCUS REALTY LLC, 5 CUBA HILL OWNER LLC, 550 LIBERTY PLAZA LLC, AIRPORT PLAZA, LLC, ANTHONY ANTONIOU, ANWAR CHITAYAT AS TRUSTEE OF THE ANWAR CHITAYAT ENVIRONMENTAL TRUST, CRESCENT GROUP REALTY INC., EMPIRE PROPERTIES LI LLC, FED 717-725 LLC, FGG Realty Associates, LLC, GSM 717-725 LLC, ICA 717-725 LLC, MAKO PROPERTIES, LLC, OMEGA MELVILLE LLC, ONE ADAMS OWNER LLC, SAF 717-725 LLC, STEEL FOREST, LLC, THE SUFFOLK COUNTY LANDBANK CORPORATION, TOWN OF BABYLON, and TOWN OF ISLIP,<br><br>Third-Party Defendants. | **AFFIDAVIT OF SERVICE**<br><br>Case No.: 2:17-cv-06980-NG-RLM |

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 9th day of September, 2021 at approximately the time of 11:30AM at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons on a Third-Party Complaint, and Third Party-Complaint with Exhibit on **CRESCENT GROUP REALTY INC.** by delivering and leaving with Sue Zouky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 62 years of age, stands 5 feet 3 inches tall, weight approximately 130 pounds with grey hair.

Sworn to before me this 9th day of
September, 2021

_Ann M. Malone_
Ann M. Malone
Notary Public, State of New York
Qualified in Albany County
No. 01MA6410748
Commission Expires November 02, 2024

_Jeffrey Teitel_
Jeffrey Teitel