**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY,<br><br>                Plaintiff,<br><br>  -against-<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>                Defendants.<br><br>**AND ALL RELATED CASES** | Case No. 17-cv-6980-NG-RLM<br><br>**NOTICE OF WITHDRAWAL OF NICOLE E. TEIXEIRA** |

**PLEASE TAKE NOTICE** that the appearance of Nicole E. Teixeira of Sher Edling LLP as *pro hac vice* counsel for Plaintiff Suffolk County Water Authority and all Plaintiffs in the related cases listed below is withdrawn. Her name should be removed from any service list, including any list for notification maintained by the Clerk of the Court and the parties.

All other counsel of record in this case remains the same for Plaintiff and all Plaintiffs in the related cases listed below.

| **Related Case Name** | **Case Number** |
|---|---|
| *Albertson Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7282 |
| *Bethpage Water Dist. v. Dow Chem. Co., et al.* | 19-CV-1348 |
| *Bd. of Comm'rs of Manhasset-Lakeville Water Dist. v. Dow Chem. Co., et al.* | 19-CV-0085 |
| *Carle Place Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7279 |
| *Franklin Square Water Dist. v. Dow Chem. Co., et al.* | 19-CV-2975 |
| *Greenlawn Water Dist. v. Dow Chem. Co., et al.* | 19-CV-3059 |
| *Garden City Park Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7277 |
| *Incorporated Village of Hempstead v. Dow Chem. Co., et al.* | 19-CV-3570 |
| *Incorporated Village of Garden City v. The Dow Chemical Company et. al.* | 19-CV-3197 |
| *Incorporated Village of Mineola v. Dow Chem. Co., et al.* | 19-CV-2973 |

| **Related Case Name** | **Case Number** |
|---|---|
| *Jericho Water District v. Dow Chem. Co., et al.* | 18-CV-7281 |
| *Locust Valley Water District v. Dow Chem. Co., et al.* | 19-CV-2490 |
| *Oyster Bay Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7272 |
| *Plainview Water Dist. v. Dow Chem. Co., et al.* | 19-CV-1351 |
| *Port Washington Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7266 |
| *Roslyn Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7269 |
| *South Farmingdale Water Dist. v. Dow Chem. Co., et al.* | 19-CV-1404 |
| *South Huntington Water District v. Dow Chem. Co., et al.* | 19-CV-5825 |
| *Town of Hempstead v. Dow Chem. Co., et al.* | 19-CV-5775 |
| *Town of Huntington & Dix Hills Water Dist. v. Dow Chem. Co., et al.* | 19-CV-2986 |
| *Water Auth. of Great Neck North v. Dow Chem. Co., et al.* | 18-CV-7271 |
| *Water Auth. of Western Nassau Co. v. Dow Chem. Co., et al.* | 19-CV-2974 |
| *West Hempstead Water Dist. v. Dow Chem. Co., et al.* | 18-CV-7278 |
| *Westbury Water & Fire Dist. v. Dow Chem. Co., et al.* | 19-CV-2990 |

Respectfully submitted,

Dated: September 15, 2021

*/s/ Katie H. Jones*
Katie H. Jones (*pro hac vice*)
**SHER EDLING LLP**
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Email: katie@sheredling.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

                                                 Respectfully submitted,

                                                 By: /s/ *Katie H. Jones*
                                                      KATIE H. JONES (*pro hac vice*)