UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK AMERICAN WATER COMPANY, INC.,<br><br>                   Plaintiff,<br>   v.<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>                  Defendants.<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and VULCAN MATERIALS COMPANY,<br><br>               Third-Party Plaintiffs,<br>   v.<br><br>100 EAST PROPERTIES LLC, 55 MOTOR AVENUE CO., LLC, ASSOCIATED BROOK, INC., B. SHELL REALTY, LLC, BREEZE-EASTERN LLC, NORTHROP GRUMMAN CORPORATION, STEEL-LOS III L.P., and TOWN OF OYSTER BAY,<br><br>               Third-Party Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No.: 1:19-cv-2150-NG-RLM |

**PLEASE TAKE NOTICE,** that Mark Chertok of SIVE, PAGET & RIESEL P.C., hereby appears in the above-captioned action on behalf of Third-Party Defendant **NORTHROP GRUMMAN CORPORATION**, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address stated below.

1

Dated: September 28, 2021
New York, New York

/s/ Mark Chertok
Mark Chertok, Esq.
SIVE, PAGET & RIESEL P.C.
*Counsel for Third-Party Defendant Northrop Grumman Corporation*
560 Lexington Avenue, 15th floor
New York, NY 10022
Phone: (212) 421-2150
Fax: (212) 421-1891
Email:  mchertok@sprlaw.com