**WILLIAM D. WEXLER**
**ATTORNEY AT LAW**
**816 DEER PARK AVENUE**
**NORTH BABYLON, NEW YORK 11703**
**(631) 422-2900**

<u>**Via ECF**</u>

October 6, 2021

Hon. Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Hon. Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *Suffolk County Water Authority v. The Dow Chemical Company, et al.*
            *17-CV-6980-NG-RLM*

Dear Judges Gershon and Mann:

    I am the attorney for the third-party defendants Town of Babylon and Town of Islip in connection with the above matter. In that regard, please be advised the third-party defendants Town of Babylon and Town of Islip consent to the application of plaintiff Suffolk County Water Authority to sever and stay third-party contribution claims.

                                         Respectfully submitted,

                                         s/

                                         William D. Wexler

WDW/cm

cc:    All counsel via ECF