**MARK A. CHERTOK**
DIRECT DIAL: 646.378.7228
MCHERTOK@SPRLAW.COM

October 13, 2021

**VIA ECF**
The Honorable Nina Gershon
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Suffolk County Water Authority v. The Dow Chemical Company, et al.*, 2:17-cv-06980-NG-RLM (main case)
*South Farmingdale Water District v. The Dow Chemical Company, et al.*, 2:19-cv-1404-NG-RLM
*New York American Water Company, Inc. v. The Dow Chemical Company, et al.*, 1:19-cv-2150-NG-RLM
*Bethpage Water District v. The Dow Chemical Company, et al.*, 2:19-cv-1348-NG-RLM

Dear Judge Gershon:

We represent Third-Party Defendant Northrop Grumman Corporation ("Northrop Grumman") in the above-referenced consolidated actions. We write in response to the First-Party Plaintiffs' application to sever and stay third-party contribution claims that have been asserted against Northrop Grumman and numerous other Third-Party Defendants in these actions.

Northrop Grumman does not object to the above-noted motion, and understands that the rights of Northrop Grumman (and other Third-Party Defendants) would be preserved during that stay, including with regard to prior rulings or the scope of discovery they could pursue once the stay is lifted.

Respectfully,

/s/Mark A. Chertok
Mark A. Chertok
Elizabeth Knauer
*Attorneys for Third-Party Defendant*
*Northrop Grumman Corporation*