# Phillips Lytle LLP

The Honorable Nina Gershon (**Via ECF and Overnight Delivery**)          May 17, 2022
  United States District Judge
The Honorable Roanne L. Mann (**Via ECF**)
  United States Magistrate Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Suffolk County Water Authority v. Dow Chemical Co., et al.*,
       No. 2:17-cv-6980-NG-RLM, and *Related Cases*

Dear Judge Gershon and Judge Mann:

After weeks of conferral among the 32 Parties in these 27 Related Cases, to allow for the completion of depositions that COVID delays and scheduling conflicts make difficult to complete by the dates in Your Honors' March 19, 2021 Scheduling Order, ECF 171 (Order), and to allow time to resolve any open issues related to document productions and third-party subpoenas, the Parties jointly move the Court for brief extensions to the Order's interim dates, as well as a brief extension -- from December 2, 2022 to February 14, 2023 -- to the date by which expert depositions must be completed in the *SCWA* case:

| Event | Original Date | Proposed Date |
|---|---|---|
| Completion of Fact Discovery in *SCWA* | **June 3, 2022** | **August 9, 2022** |
| Date for submissions regarding additional prioritized cases, as per the Court's 2/17/21 Scheduling Order at 2 | **June 3, 2022** | **August 16, 2022** |
| Affirmative expert reports due in the *SCWA* case | **September 2, 2022** | **October 18, 2022** |
| Responsive expert reports due in the *SCWA* case | **November 1, 2022** | **December 20, 2022** |
| Completion of expert depositions in the *SCWA* case | **December 2, 2022** | **February 14, 2023** |

ATTORNEYS AT LAW

———

JOEL A. BLANCHET   PARTNER   DIRECT 716 847 7050   JBLANCHET@PHILLIPSLYTLE.COM

———

ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION



Hon. Nina Gershon
Hon. Roanne L. Mann                                                    May 17, 2022
Page 2

These dates, among other things, are reflected in the Agreed Proposed Supplemental Case Scheduling Order attached as Exhibit 1.  There have been no previous requests for extensions of these dates.[1]

Good cause exists for the requested extension.  The Parties represent that, despite their best efforts, due to delays and complications caused by COVID shutdowns and delays in receipt of responsive documents from various third parties, including third-party agencies, the Parties require limited, additional time to complete certain fact discovery in the SCWA case.  The Parties have served nearly 200 Subpoenas on non-parties seeking documents and/or deposition testimony.  Since the Court entered the March 19, 2021 Scheduling Order, the Parties have completed the following fact discovery:  (a) over 1.1 million documents totaling approximately 11 million pages have been collectively produced by approximately 100 Parties and non-parties in response to the Parties' Requests for Production and Subpoenas; and (b) depositions of 29 Party and non-party witnesses have taken place.  The Parties have agreed not to notice any new party depositions in connection with fact discovery in the *SCWA* case without agreement or Court Order, but request a short extension of the existing dates to complete depositions, and resolve any open issues related to document productions and third-party subpoenas.

Additionally, following up on the Parties' last status report, ECF 274, at 2-3, the Parties are continuing to confer regarding multiple legal and factual issues that may affect prioritization and case management for trial.

Accordingly, the Parties respectfully request that the Court modify the March 19, 2021 Scheduling Order as follows:

| Event | Proposed Date |
|---|---|
| Completion of Fact Discovery in *SCWA* | **August 9, 2022** |

---

[1] On June 24, 2021, upon Defendants' unopposed motion, the Court amended the deadline to add third-party defendants in the Related Cases from July 16, 2021 to August 30, 2021, but left the other dates in the March 19, 2021 Scheduling Order unchanged.  ECF 184.



Hon. Nina Gershon
Hon. Roanne L. Mann                                                    May 17, 2022
Page 3

| Event | Proposed Date |
|---|---|
| By this date the Parties are to make: (i) a joint submission that identifies what the Parties have agreed to concerning (a) additional prioritized cases, as per the Court's 2/17/21 Scheduling Order at 2, and (b) any other case management and scheduling issues, including those identified in paragraph 10 of the Proposed Order attached as Exhibit 1; and (ii) simultaneous submissions by each Party that identifies the Parties' position on any areas to which agreement was not reached, and the basis for their position. | **August 16, 2022** |
| Affirmative expert reports due in the *SCWA* case | **October 18, 2022** |
| Responsive expert reports due in the *SCWA* case | **December 20, 2022** |
| Completion of expert depositions in the *SCWA* case | **February 14, 2023** |

\*       \*       \*

The Parties will promptly bring to the Court any issues requiring intervention following good faith conferral, and will provide the Court with a further update in the next regularly scheduled status report on May 31, 2022.

We thank the Court for its consideration. Should the Court wish to discuss this request, the Parties are available at the Court's convenience.



Hon. Nina Gershon
Hon. Roanne L. Mann                                                          May 17, 2022
Page 4


Respectfully submitted,


   /s/ Joel A. Blanchet                                    /s/ Katie H. Jones
JOEL ALAN BLANCHET                               KATIE H. JONES
jblanchet@phillipslytle.com                          katie@sheredling.com
ANDREW P. DEVINE                                  MATTHEW K. EDLING
adevine@phillipslytle.com                            matt@sheredling.com
**PHILLIPS LYTLE LLP**                             VICTOR M. SHER
One Canalside                                             vic@sheredling.com
125 Main Street                                          STEPHANIE D. BIEHL
Buffalo, NY 14203                                       stephanie@sheredling.com
(716) 847-7050                                          QUENTIN C. KARPILOW
                                                              quentin@sheredling.com
KEVIN T. VAN WART                                **SHER EDLING LLP**
kevinvanwart@kirkland.com                        100 Montgomery St. Suite 1410
NADER R. BOULOS                                   San Francisco, CA 94104
nboulos@kirkland.com                                (628) 231-2500
**KIRKLAND & ELLIS LLP**                       *Attorneys for Plaintiffs*[2]
300 North LaSalle
Chicago, IL 60654                                      SCOTT MARTIN
(312) 862-2000                                         smartin@hausfeld.com
*Attorneys for Defendant The Dow Chemical*    **HAUSFELD LLP**
*Company*                                               33 Whitehall St., 14th Floor
                                                              New York, NY 10004
ROBB W. PATRYK                                     (646) 357-1100
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI                 RICHARD S. LEWIS
fara.tabatabai@hugheshubbard.com              rlewis@hausfeld.com
**HUGHES HUBBARD & REED LLP**              **HAUSFELD LLP**
One Battery Park Plaza                               1700 K Street, NW, Suite 650
New York, NY 10004                                  Washington, DC 20006
(212) 837-6000                                         (202) 540-7200
*Attorneys for Defendant Ferro Corporation*

---

[2] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York
American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).



Hon. Nina Gershon
Hon. Roanne L. Mann                                                              May 17, 2022
Page 5

STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Vulcan Materials Company*

MEGAN R. BRILLAULT
mbrillault@bdlaw.com
DANIEL M. KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400
*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
JOHN J.NOLAN
jack.nolan@weil.com
LAUREN JACOBSON BERNSTEIN
lauren.bernstein@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306



Hon. Nina Gershon
Hon. Roanne L. Mann                                                    May 17, 2022
Page 6

DIANE P. SULLIVAN
diane.sullivan@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
609-986-1120
*Attorneys for Defendant The Procter &*
*Gamble Company*

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
615-647-0987
*Attorneys for Plaintiff New York American*
*Water Company, Inc.*

PAUL J. NAPOLI
pnapoli@nsprlaw.com
LILIA FACTOR
lfactor@napolilaw.com
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
*Attorneys for Plaintiff Hicksville Water*
*District*

cc:      All Counsel of Record (by ECF)