# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY,<br><br>                  Plaintiff,<br><br>        **-against-**<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, VULCAN MATERIALS COMPANY, PROCTER & GAMBLE COMPANY, and SHELL OIL COMPANY, individually and doing business as SHELL CHEMICAL LP,<br><br>               Defendants.<br><br>AND ALL RELATED CASES | Case No. 17-CV-6980-NG-RLM and all Related Cases<br><br>Hon. Nina Gershon<br><br>Hon. Roanne L. Mann |

**AGREED PROPOSED SUPPLEMENTAL CASE SCHEDULING ORDER**

1.     **WHEREAS,** the Court entered a Scheduling Order on February 17, 2021 [ECF No. 168] (February 17, 2021 Scheduling Order) that gave the first-filed <u>Suffolk County Water Authority</u> ("SCWA") case priority for the completion of all of its discovery, including expert discovery;

2.     **WHEREAS,** the February 17, 2021 Scheduling Order: (i) contemplates that discovery of all defendants in all cases will be complete upon completion of plaintiffs' discovery of the defendants in the SCWA case; (ii) precluded the depositions of any Party or consultant in any case proceeding before third-party defendants had been added in the Related Cases; and (iii) requires that depositions in cases other than the SCWA case be limited to no more than 65 depositions of Plaintiffs and their consultants, and be taken with an eye toward

determining whether there are common issues that can be subject to joint motions/trials, and what order of priority, after the SCWA case, they choose to propose;

3.      **WHEREAS,** the February 17, 2021 Scheduling Order directs that proposals regarding prioritization of cases other than the SCWA case, including potential common issues for management of those cases, should be submitted to the Court, following efforts by the parties to reach agreement, at the time of the completion of fact discovery in the SCWA case;

4.      **WHEREAS,** after entering the February 17, 2021 Scheduling Order, the Court entered a related Scheduling Order on March 19, 2021 [ECF No. 171] (March 19, 2021 Scheduling Order) that set the following schedule for discovery:

| | |
|---|---|
| Substantial Completion of Party Document Discovery (outstanding requests) | **March 31, 2021** |
| Joint status reports due (approximately every 90 days) | **June 3, 2021 forward** |
| Deadline to add third-party defendants in any of the 27 cases | **July 16, 2021** |
| Commencement of party (and consultant) depositions in all 27 cases, as per the Court's 2/17/21 Scheduling Order at 2 | **September 8, 2021** |
| Completion of Fact Discovery in *SCWA* and date for submissions regarding additional prioritized cases, as per the Court's 2/17/21 Scheduling Order at 2 | **June 3, 2022** |
| Affirmative expert reports due in the *SCWA* case | **September 2, 2022** |
| Responsive expert reports due in the *SCWA* case | **November 1, 2022** |
| Completion of expert depositions in the *SCWA* case | **December 2, 2022** |

5.      **WHEREAS,** on June 24, 2021, upon Defendants' unopposed motion, the Court amended the deadline to add third-party defendants in any of the cases from July 16, 2021

to August 30, 2021, but left the other dates in the March 19, 2021 Scheduling Order unchanged. [ECF No. 184];

6.     **WHEREAS,** on August 30, 2021, Defendants filed third-party complaints in 17 of the cases, which included the addition of 84 new third-parties, and on October 22, 2021, the Court severed and stayed the third-party claims until resolution of the Plaintiffs' claims or further order of the Court [ECF No. 243];

7.     **WHEREAS**, the Parties have served nearly 200 Subpoenas on non-parties seeking documents and/or deposition testimony, and since the Court entered the March 19, 2021 Scheduling Order, the Parties have completed the following fact discovery:  (a) over 1.1 million documents totaling approximately 11 million pages have been collectively produced by approximately 100 Parties and non-parties in response to the Parties' Requests for Production and Subpoenas; and (b) depositions of 29 Party and non-party witnesses have taken place;

8.     **WHEREAS**, the Parties represent that, despite their best efforts, due to delays and complications caused by COVID shutdowns and delays in receipt of responsive documents from various third parties, including third-party agencies, the Parties require limited, additional time to complete certain fact discovery in the SCWA case;

9.     **WHEREAS**, the Parties agree not to notice any new party depositions in connection with fact discovery in the SCWA case without agreement or Court Order, but request a short extension of the existing dates to complete depositions, and resolve any open issues related to document productions and third-party subpoenas;

10.     **WHEREAS,** the Parties are conferring regarding multiple legal and factual issues that may affect prioritization and case management for trial;

**NOW, THEREFORE,** the Parties stipulate, and respectfully request that the Court modify the March 19, 2021 Scheduling Order, as follows:

| | |
|---|---|
| Completion of Fact Discovery in *SCWA* | **August 9, 2022** |
| By this date the Parties are to make: (i) a joint submission that identifies what the Parties have agreed to concerning (a) additional prioritized cases, as per the Court's 2/17/21 Scheduling Order at 2, and (b) any other case management and scheduling issues, including those identified in paragraph 10 above; and (ii) simultaneous submissions by each Party that identifies the Parties' position on any areas to which agreement was not reached, and the basis for their position. | **August 16, 2022** |
| Affirmative expert reports due in the *SCWA* case | **October 18, 2022** |
| Responsive expert reports due in the *SCWA* case | **December 20, 2022** |
| Completion of expert depositions in the *SCWA* case | **February 14, 2023** |

Respectfully submitted,

  */s/ Joel A. Blanchet*
JOEL ALAN BLANCHET
jblanchet@phillipslytle.com
ANDREW P. DEVINE
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

  */s/ Katie H. Jones*
KATIE H. JONES
katie@sheredling.com
MATTHEW K. EDLING
matt@sheredling.com
VICTOR M. SHER
vic@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com
QUENTIN C. KARPILOW
quentin@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500
*Attorneys for Plaintiffs*[1]

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**

[1] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).

*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (f/k/a Vulcan Materials Company)*

MEGAN R. BRILLAULT
mbrillault@bdlaw.com
DANIEL M. KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400
*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
JOHN J.NOLAN
jack.nolan@weil.com
LAUREN JACOBSON BERNSTEIN
lauren.bernstein@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000

33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
W. MATTHEW PETTIT
mpettit@frazer.law

DIANE P. SULLIVAN
diane.sullivan@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
609-986-1120
*Attorneys for Defendant The Procter & Gamble Company*

**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
615-647-0987
*Attorneys for Plaintiff New York American Water Company, Inc.*

PAUL J. NAPOLI
pnapoli@nsprlaw.com
LILIA FACTOR
lfactor@napolilaw.com
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
*Attorneys for Plaintiff Hicksville Water District*

cc:     All Counsel of Record (by ECF)


        **SO ORDERED.**


_____     _____
**HON. NINA GERSHON**                **HON. ROANNE L. MANN**
**UNITED STATES DISTRICT JUDGE**     **UNITED STATES MAGISTRATE JUDGE**