

May 31, 2022

**Via ECF**

The Honorable Nina Gershon
  United States District Judge
The Honorable Roanne L. Mann
  United States Magistrate Judge
  United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Joint Status Report: *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM, and *Related Cases*

Dear Judge Gershon and Judge Mann:

On behalf of all 32 Parties in the referenced cases, the Parties update their progress regarding discovery items previously reported to the Court and additional case updates.

For brevity's sake, the Parties refer the Court to the letter motion they filed on May 17 (ECF 300-1) in support of the Agreed Proposed Supplemental Case Scheduling Order, which the Court entered on May 18.

Since then, in addition to the completion of several depositions and the continued exchange of documents, on May 26, following Judge Mann's denial in substantial part of New York Department of Environmental Conservation's motion for a protective order, ECF 302, DEC and the Parties submitted to the Court a Proposed Joint Confidentiality Stipulation and Order to clarify the manner in which insurers, indemnitors, mock jurors, and focus group members may view such information. ECF 303. The Court entered that Order on May 27.

The Parties will continue to work toward resolving open discovery issues without the Court's involvement. If they are unable to reach agreement on those or any other issues, they will promptly raise the issues with the Court.

ATTORNEYS AT LAW

JOEL A. BLANCHET    PARTNER    DIRECT **716 847 7050**    JBLANCHET@PHILLIPSLYTLE.COM

**ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887** PHONE **(716) 847-8400** FAX **(716) 852-6100 | PHILLIPSLYTLE.COM**
**NEW YORK:** ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | **WASHINGTON, DC** | **CANADA:** WATERLOO REGION



Respectfully submitted,

 _/s/ Joel A. Blanchet_
JOEL ALAN BLANCHET
jblanchet@phillipslytle.com
ANDREW P. DEVINE
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

 _/s/ Katie H. Jones_
KATIE H. JONES
katie@sheredling.com
MATTHEW K. EDLING
matt@sheredling.com
VICTOR M. SHER
vic@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com
QUENTIN C. KARPILOW
quentin@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500
*Attorneys for Plaintiffs*[1]

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

---

[1] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).



STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)*

MEGAN R. BRILLAULT
mbrillault@bdlaw.com
DANIEL M. KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400
*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306



Hon. Nina Gershon  
Hon. Roanne L. Mann                                                                                               May 31, 2022  
Page 4

DIANE P. SULLIVAN  
diane.sullivan@weil.com  
**WEIL GOTSHAL & MANGES LLP**  
17 Hulfish Street, Suite 201  
Princeton, NJ 08542  
609-986-1120  
*Attorneys for Defendant The Procter & Gamble Company*

T. ROE FRAZER, II  
roe@frazer.law  
THOMAS ROE FRAZER, III  
trey@frazer.law  
**FRAZER PLC**  
30 Burton Hills Blvd., Suite 450  
Nashville, TN 37215  
615-647-0987  
*Attorneys for Plaintiff New York American Water Company, Inc.*

Paul J. Napoli  
pnapoli@nsprlaw.com  
Lilia Factor  
lfactor@napolilaw.com  
**NAPOLI SHKOLNIK PLLC**  
360 Lexington Avenue, 11th Floor  
New York, NY 10017  
(212) 397-1000  
*Attorneys for Plaintiff Hicksville Water District*

cc:    All Counsel of Record (by ECF)