# SHER EDLING LLP
## PROTECTING PEOPLE AND THE PLANET

July 15, 2022

**Via ECF**

The Honorable Roanne L. Mann
  United States Magistrate Judge
  United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Joint Status Report:  *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM

Dear Judge Mann:

On behalf of Plaintiff Suffolk County Water Authority ("SCWA") and Defendants The Dow Chemical Company, Vulcan Materials Company, and Ferro Corporation, the Parties update below their progress regarding additional discovery items sought in response to the Court's July 1, 2022 order on Defendants' motions to compel production of SCWA's water supply applications and related documents and SCADA database (Dkt. No. 316, "Order").

1. **Water Supply Applications**

SCWA identified 25 boxes of hard copy documents that may include water supply applications and related documents for 80 wells at issue. Defendants reviewed the boxes at SCWA's facilities this week, and are shipping the boxes to their vendor for scanning. The parties are conferring about the status of SCWA's continuing search for hard copy water supply applications and related documents for the remaining wells at issue, and will report to the Court on the status of these efforts by July 22.

2. **SCADA Database**

With the assistance of SCWA's SCADA software developer, Systems Integrated, SCWA has made electronic copies of data recorded in the SCADA database and is shipping hard drives to Defendants. SCWA has agreed to make a Systems Integrated contact available to discuss the technical aspects of the data and transfer with Defendants' consultant, and Defendants anticipate speaking with Systems Integrated next week upon receiving the hard drives. The parties will report to the Court on the status of the transfer of the data by July 22.

\*     \*     \*

The Parties will promptly bring to the Court any issues requiring earlier intervention following further good faith conferral.

Respectfully submitted,

| | |
|---|---|
|   */s/ Joel Alan Blanchet*   |   */s/ Katie H. Jones*   |
| JOEL ALAN BLANCHET<br>jblanchet@phillipslytle.com<br>ANDREW P. DEVINE<br>adevine@phillipslytle.com<br>**PHILLIPS LYTLE LLP**<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>(716) 847-7050<br><br>KEVIN T. VAN WART<br>kevinvanwart@kirkland.com<br>NADER R. BOULOS<br>nboulos@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>*Attorneys for Defendant The Dow Chemical Company* | KATIE H. JONES<br>katie@sheredling.com<br>MATTHEW K. EDLING<br>matt@sheredling.com<br>VICTOR M. SHER<br>vic@sheredling.com<br>STEPHANIE D. BIEHL<br>stephanie@sheredling.com<br>QUENTIN C. KARPILOW<br>quentin@sheredling.com<br>LARKEN YACKULIC<br>larken@sheredling.com<br>**SHER EDLING LLP**<br>100 Montgomery St. Suite 1410<br>San Francisco, CA 94104<br>(628) 231-2500<br><br>SCOTT MARTIN<br>smartin@hausfeld.com<br>**HAUSFELD LLP**<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>(646) 357-1100 |
| ROBB W. PATRYK<br>robb.patryk@hugheshubbard.com<br>FARANAK SHARON TABATABAI<br>fara.tabatabai@hugheshubbard.com<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000<br>*Attorneys for Defendant Ferro Corporation* | RICHARD S. LEWIS<br>rlewis@hausfeld.com<br>**HAUSFELD LLP**<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>(202) 540-7200 |
| STEPHEN C. DILLARD, *pro hac vice*<br>steve.dillard@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010<br>(713) 651-5151 | JAMES GOTZ<br>jgotz@hausfeld.com<br>**HAUSFELD LLP**<br>One Marina Park Drive, Suite 1410<br>Boston, MA 02210<br>(617) 207-0600 |
| FELICE B. GALANT<br>felice.galant@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 Avenue of the Americas<br>New York, NY 10019<br>(212) 318-3000<br>*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)* | KATIE R. BERAN<br>kberan@hausfeld.com<br>**HAUSFELD LLP**<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>(215) 985-3270<br>*Attorneys for Plaintiff Suffolk County Water Authority* |

cc:    All Counsel of Record (by ECF)

**SHER EDLING LLP**
*PROTECTING PEOPLE AND THE PLANET*