**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET

July 29, 2022

**Via ECF**

The Honorable Roanne L. Mann
 United States Magistrate Judge
 United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Joint Status Report: *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM

Dear Judge Mann:

On behalf of Plaintiff Suffolk County Water Authority ("SCWA") and Defendants The Dow Chemical Company, Vulcan Materials Company, and Ferro Corporation, the Parties update below their progress regarding additional discovery items sought in response to the Court's July 1, 2022 order on Defendants' motion to compel production of SCWA's SCADA database (Dkt. No. 316, "Order").

SCWA sent a copy of a hard drive that has SCADA data to Defendants' consultant. Upon receiving the hard drive, Defendants' consultant has been unable to access the data on it. SCWA thus agreed to make its SCADA software developer, Systems Integrated, available to discuss the technical aspects of the data and data transfer, and agreed to work in good faith with Defendants' consultant to ensure that Defendants' consultant can access the SCADA data. A call among the parties' counsel, Systems Integrated, and Defendants' consultant to discuss this issue was had this week. Defendants and their consultant are evaluating the information they were provided during that call, and will continue to confer with SCWA and its consultant to work through the technical aspects involved with accessing the SCADA data. The parties will report to the Court on the status of Defendants' ability to access the SCADA data by August 5.

\*   \*   \*

The Parties will promptly bring to the Court any issues requiring earlier intervention following further good faith conferral.

Respectfully submitted,

 */s/ Joel Alan Blanchet*          */s/ Katie H. Jones*
 JOEL ALAN BLANCHET              KATIE H. JONES
 jblanchet@phillipslytle.com       katie@sheredling.com
 ANDREW P. DEVINE                MATTHEW K. EDLING
 adevine@phillipslytle.com         matt@sheredling.com
 **PHILLIPS LYTLE LLP**            VICTOR M. SHER

100 Montgomery Street, Suite 1410 - San Francisco, CA 94104
Office: (628) 231-2500 - sheredling.com

Hon. Roanne L. Mann
July 29, 2022
Page 2

One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)*

vic@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com
QUENTIN C. KARPILOW
quentin@sheredling.com
LARKEN YACKULIC
larken@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

cc:   All Counsel of Record (by ECF)

**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET