**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET

August 5, 2022

**Via ECF**

The Honorable Roanne L. Mann
 United States Magistrate Judge
 United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Joint Status Report: *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM

Dear Judge Mann:

On behalf of Plaintiff Suffolk County Water Authority ("SCWA") and Defendants The Dow Chemical Company, Vulcan Materials Company, and Ferro Corporation, the Parties update below their progress regarding additional discovery items sought in response to the Court's July 1, 2022 order on Defendants' motion to compel production of SCWA's SCADA database (Dkt. No. 316, "Order").

SCWA sent a copy of a hard drive that has SCADA data to Defendants' consultant. Upon receiving the hard drive, Defendants' consultant has been unable to access the data on it. During the July 25, 2022 conference call with SCWA's SCADA consultant (Systems Integrated), Defendants learned that the produced files are not readable by any SCADA system other than the proprietary *onSite* program. Although it is possible to purchase software licenses and servers to run the programs that manage the data in SCWA's SCADA system (*i.e.*, *onSite* and Oracle) from Systems Integrated, the data cannot be used to view SCWA's SCADA architecture without institutional knowledge of SCWA personnel and the data/information in the produced files would be impossible to query without the explicit knowledge of SCWA and/or Systems Integrated personnel. On August 4, 2022, Defendants requested that SCWA produce data exports from its SCADA system in specified formats for certain categories of data. SCWA is currently evaluating Defendants' request and will make best efforts to update Defendants by Monday, August 8. The parties will report to the Court on the status of those discussions by August 12.

*   *   *

The Parties will promptly bring to the Court any issues requiring earlier intervention following further good faith conferral.

Respectfully submitted,

| | |
|---|---|
| */s/ Joel Alan Blanchet* | */s/ Katie H. Jones* |
| JOEL ALAN BLANCHET | KATIE H. JONES |
| jblanchet@phillipslytle.com | katie@sheredling.com |
| ANDREW P. DEVINE | MATTHEW K. EDLING |

Hon. Roanne L. Mann
August 5, 2022
Page 2

adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)*

matt@sheredling.com
VICTOR M. SHER
vic@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com
QUENTIN C. KARPILOW
quentin@sheredling.com
LARKEN YACKULIC
larken@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

cc:     All Counsel of Record (by ECF)

**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET