**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET

August 12, 2022

**Via ECF**

The Honorable Roanne L. Mann
  United States Magistrate Judge
  United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Joint Status Report: *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM

Dear Judge Mann:

    On behalf of Plaintiff Suffolk County Water Authority ("SCWA") and Defendants The Dow Chemical Company, Vulcan Materials Company, and Ferro Corporation, the Parties update below their progress regarding additional discovery items sought in response to the Court's July 1, 2022 order on Defendants' motion to compel production of SCWA's SCADA database (Dkt. No. 316, "Order").

    SCWA sent a copy of its SCADA data to Defendants on a hard drive. Defendants' consultant has been unable to access the data as produced. SCWA and Defendants are conferring about a potentially workable process for read-only access to SCWA's SCADA system; the production of certain SCADA data in the format Defendants have requested; and streamlining the production of the remaining information based on Defendants' review of the soon-to-be produced SCWA *InfoWater* hydraulic model and Piping & Instrumentation Diagram (P&ID) files. The parties will report to the Court on the status of those discussions by August 19.

*   *   *

    The Parties will promptly bring to the Court any issues requiring earlier intervention following further good faith conferral.

Respectfully submitted,

  */s/ Joel Alan Blanchet*                    */s/ Katie H. Jones*
JOEL ALAN BLANCHET              KATIE H. JONES
jblanchet@phillipslytle.com            katie@sheredling.com
ANDREW P. DEVINE                   MATTHEW K. EDLING
adevine@phillipslytle.com              matt@sheredling.com
**PHILLIPS LYTLE LLP**                  VICTOR M. SHER
One Canalside                                 vic@sheredling.com

Hon. Roanne L. Mann
August 12, 2022
Page 2

125 Main Street
Buffalo, NY 14203
(716) 847-7050

KEVIN T. VAN WART
kevinvanwart@kirkland.com
NADER R. BOULOS
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)*

STEPHANIE D. BIEHL
stephanie@sheredling.com
QUENTIN C. KARPILOW
quentin@sheredling.com
LARKEN YACKULIC
larken@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

cc:   All Counsel of Record (by ECF)

**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET