**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET

September 30, 2022

**Via ECF**

The Honorable Roanne L. Mann
 United States Magistrate Judge
 United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Joint Status Report: *Suffolk County Water Authority v. The Dow Chemical Co. et al.*, No. 2:17-cv-6980-NG-RLM

Dear Judge Mann:

On behalf of Plaintiff Suffolk County Water Authority ("SCWA") and Defendants The Dow Chemical Company, Legacy Vulcan, LLC (f/k/a Vulcan Materials Company), and Ferro Corporation, the Parties update below their progress regarding additional discovery items sought in response to the Court's July 1, 2022 order on Defendants' motion to compel production of SCWA's SCADA database (Dkt. No. 316, "Order").

SCWA previously produced a copy of its SCADA data to Defendants on a hard drive which Defendants' consultant GSI Environmental, Inc. ("GSI") was unable to access. SCWA's SCADA software developer, Systems Integrated ("SI"), and GSI have engaged in productive discussions pursuant to which, SI has agreed to, *inter alia*: continue providing demonstration and training to GSI on the architecture, data structure, operation, and queriability of the SCADA system; and load the dataset previously produced to Defendants on SI's servers and run queries to extract data and screen diagrams therefrom as requested by Defendants. In addition, Defendants are evaluating the Scope of Work and Quote previously provided by SI regarding the potential purchase of SI's proprietary OnSite software license and related computer server to enable Defendants to review and query the SCADA database themselves. Finally, SCWA and Defendants have made progress on resolving remaining issues in connection with the production of the Piping & Instrumentation Diagram (P&ID) files. The parties will report to the Court on the status of the foregoing efforts by October 14.

\*   \*   \*

The Parties will promptly bring to the Court any issues requiring earlier intervention following further good faith conferral.

Respectfully submitted,

 */s/ Joel Alan Blanchet*              */s/ Katie H. Jones*
JOEL ALAN BLANCHET              KATIE H. JONES

100 Montgomery Street, Suite 1410 - San Francisco, CA 94104
Office: (628) 231-2500 - sheredling.com

Hon. Roanne L. Mann
September 30, 2022
Page 2

jblanchet@phillipslytle.com
**ANDREW P. DEVINE**
adevine@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-7050

**KEVIN T. VAN WART**
kevinvanwart@kirkland.com
**NADER R. BOULOS**
nboulos@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
*Attorneys for Defendant The Dow Chemical Company*

**ROBB W. PATRYK**
robb.patryk@hugheshubbard.com
**FARANAK SHARON TABATABAI**
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

**STEPHEN C. DILLARD**, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

**FELICE B. GALANT**
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)*

katie@sheredling.com
**MATTHEW K. EDLING**
matt@sheredling.com
**VICTOR M. SHER**
vic@sheredling.com
**STEPHANIE D. BIEHL**
stephanie@sheredling.com
**QUENTIN C. KARPILOW**
quentin@sheredling.com
**LARKEN YACKULIC**
larken@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500

**SCOTT MARTIN**
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

**RICHARD S. LEWIS**
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

**JAMES GOTZ**
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

**KATIE R. BERAN**
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

cc:   All Counsel of Record (by ECF)

**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET