# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY, | Case No. 17-CV-6980-NG-RLM |
| Plaintiff, | |
| -against- | Hon. Nina Gershon |
| THE DOW CHEMICAL COMPANY, FERRO CORPORATION, VULCAN MATERIALS COMPANY, PROCTER & GAMBLE COMPANY, SHELL OIL COMPANY, individually and doing business as SHELL CHEMICAL LP, | |
| Defendants. | |

**PLAINTIFF SUFFOLK COUNTY WATER AUTHORITY'S
RULE 26(a)(2)(C) DISCLOSURE OF THOMAS JOHNSON, Ph.D.,
NEW YORK STATE DEPARTMENT OF HEALTH**

Plaintiff Suffolk County Water Authority ("SCWA") hereby provides the following witness disclosure for Dr. Thomas Johnson, an employee of New York State's Department of Health, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).

In compliance with Rule 26(a)(2)(C), this disclosure sets forth a summary of the subject matter(s) on which Dr. Johnson is currently expected to present evidence under Federal Rules of Evidence 702, 703, or 705, as well as a summary of the facts and opinions upon which Mr. Johnson is currently expected to testify.

This disclosure is being offered in rebuttal to reports of defense toxicology experts Janet Anderson, Barbara Beck, and Laurie Haws, who assert the following opinions:

1

1. New York State failed to independently, sufficiently, and/or properly assess the cancer risk of dioxane. *See, e.g.*, Anderson report at pages 28-29; Beck report at page 36; and Haws report at page 10; and

2. Dioxane contamination in drinking water at levels below New York State's MCL poses no public health risk. *See, e.g.*, Anderson report at pages 31-32; and Haws report at pages 10-11.

Dr. Johnson is a Ph.D. toxicologist and Director of the Bureau of Toxic Substance Assessment, within the Division of Environmental Health Assessment for New York State's Department of Health (NYSDOH). He received his undergraduate degree in 1980 from St. Lawrence University and his Ph.D. degree in organic chemistry in 1985 from Rensselaer Polytechnic Institute (RPI). He also received a Master's degree in organic chemistry from RPI. Dr. Johnson joined NYSDOH in 1990.

The role of Dr. Johnson's Bureau within NYSDOH is to assess the potential for exposures and risks when people come in contact with toxic substances through air, water, soil, and food. To that end, Dr. Johnson and his staff regularly assess exposures and health risks associated with contaminants and assist in the development of drinking water and ambient water standards and guidelines.

Mr. Johnson is expected to testify at trial consistent with his deposition testimony in this matter provided on August 2, 2022, at transcript pages 185-194, on the topics of:

1. New York State's assessment of the cancer risk of dioxane; and

2. The meaning of NYSDOH's cancer risk assessment of dioxane as relates to protecting the public health.

A summary of that anticipated testimony follows:

NYSDOH follows EPA's risk assessment guidelines in independently developing its own risk assessment for a chemical of concern. NYSDOH did independently assess the cancer risk of dioxane and considered all evidence available at the time of that assessment, as summarized by

2

the October 17, 2018, presentation of Dr. Gary Ginsberg (Director of the Center of Environmental Health for NYS, who reports directly to the Commissioner of NYSDOH) to the New York State Drinking Water Quality Council. Dr. Ginsberg's presentation is a part of the public record, as a YouTube video, which is available on the official website of the NYS Drinking Water Quality Council webpage: NYSDOH Drinking Water Quality Council (DWQC) - October 17, 2018 - YouTube.

EPA concluded that dioxane is a non-threshold carcinogen. NYSDOH independently concluded to accept and follow the EPA's low-dose linearity/ no-threshold approach to dioxane's cancer risk.

Based on NYSDOH's independent dioxane cancer risk assessment, there is no known exposure to dioxane without some risk for cancer. Another way of stating this: It is NYSDOH's opinion that there is no known safe level of exposure to dioxane.

NYSDOH relied upon its dioxane cancer risk assessment in promulgating its MCL for the chemical. NYSDOH set the MCL based not only on public health goals but on feasibility, the ability to detect and treat the chemical and the costs associated with those actions.

The aspirational public health goal for levels of detection of dioxane in NYS's drinking water would be zero parts per billion (ppb). If that is not attainable, the health-based value of 0.3 ppb would be the next target. And then beyond that would be a value for an MCL that could be feasibly obtained that would include risk management considerations.

For chemicals like 1,4-dioxane, the ideal level at which NYSDOH would like to find its presence in drinking water is zero. If costs were no factor, removal of all dioxane would be most protective of human health.

Dated: May 26, 2023                                Respectfully,

*/s/ James Gotz*
James Gotz


JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

KATIE R. BERAN
kberan@hausfeld.com
TIMOTHY LOCKWOOD KELLY
tkelly@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270

MATTHEW K. EDLING
matt@sheredling.com
VICTOR M. SHER
vic@sheredling.com
KATIE H. JONES
katie@sheredling.com
STEPHANIE D. BIEHL
stephanie@sheredling.com
QUENTIN C. KARPILOW

4

quentin@sheredling.com
LARKEN YACKULIC
larken@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
(628) 231-2500


*Attorneys for Plaintiff*
*Suffolk County Water Authority*