UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUFFOLK COUNTY WATER AUTHORITY,<br><br>                            Plaintiff,<br><br>  **-against-**<br><br>THE DOW CHEMICAL COMPANY, FERRO CORPORATION, and LEGACY VULCAN, LLC, formerly known as VULCAN MATERIALS COMPANY,<br><br>                           Defendants. | Case No. 17-cv-06980<br><br>Hon. Nina Gershon |
| AND THESE REALTED CASES:<br><br>ALBERTSON WATER DISTRICT, BETHPAGE WATER DISTRICT, CARLE PLACE WATER DISTRICT, FRANKLIN SQUARE WATER DISTRICT, GARDEN CITY PARK WATER DISTRICT, WATER AUTHORITY OF GREAT NECK NORTH, GREENLAWN WATER DISTRICT, HICKSVILLE WATER DISTRICT, TOWN OF HEMPSTEAD, TOWN OF HUNTINGTON & DIX HILLS WATER DISTRICT, JERICHO WATER DISTRICT, LOCUST VALLEY WATER DISTRICT, BOARD OF COMMISSIONERS OF MANHASSET-LAKEVILLE WATER DISTRICT, NEW YORK AMERICAN WATER COMPANY, OYSTER BAY WATER DISTRICT, PLAINVIEW WATER DISTRICT, PORT WASHINGTON WATER DISTRICT, ROSLYN WATER DISTRICT, SOUTH FARMINGDALE WATER DISTRICT, SOUTH HUNTINGTON WATER DISTRICT, INCORPORATED VILLAGE OF GARDEN CITY, INCORPORATED VILLAGE OF HEMPSTEAD, INCORPORATED VILLAGE OF MINEOLA, WEST HEMPSTEAD WATER DISTRICT, WESTBURY WATER & FIRE DISTRICT, and WATER AUTHORITY OF WESTERN NASSAU. | Case Nos. 18-cv-7282, 19-cv-1348, 18-cv-7279, 19-cv-2975, 18-cv-7277, 18-cv-7271, 19-cv-3059, 19-cv-5632, 19-cv-5775, 19-cv-2986, 18-cv-7281,19-cv-2490, 19-cv-85, 19-cv-02150, 18-cv-7272, 19-cv-1351, 18-cv-7266, 18-cv-7269, 19-cv-1404, 19-cv-5825, 19-cv-3197, 19-cv-3570, 19-cv-2973, 18-cv-7278, 19-cv-2990, 19-cv-2974 (all NG-RLM) |

## NOTICE OF WITHDRAWAL FROM CASE AND
## REQUEST TO STOP ELECTRONIC CASE NOTIFICATIONS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In the above-referenced matter and all related cases I, Aaron M. Stevenson, hereby withdraw as counsel in the above-referenced matter for Defendant, The Dow Chemical Company.

It is further requested that my name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to aaron.stevenson@kirkland.com and that my name be removed from any applicable service lists.

The law firm of Kirkland & Ellis LLP will continue to serve as counsel for Defendant, The Dow Chemical Company in the above-referenced matter and all related cases and associated matters.

Dated: October 10, 2025

Respectfully submitted,

/s/ *Aaron M. Stevenson*

Aaron M. Stevenson. (*pro hac*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312).862.2000
aaron.stevenson@kirkland.com

*Counsel for The Dow Chemical Company*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing was served on October 10, 2025, to all counsel of record via the Court's Electronic Filing System.

/s/ Aaron M. Stevenson
Aaron M. Stevenson
